E-FILED
Monday, 26 October, 2026 03:45:40 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Sterling L, Johnson

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

AI Founders
Artifical Intellignce

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 26-1457
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s) Sterling L, Johnson

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sterling L, Johnson
Address: 95 State
Peoria (City) Ill (State) (Zip Code)
County: Peoria
Telephone Number:
E-Mail Address: PO Box

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: AI, Artifical Intellignce
Job or Title *(if known)*:
Address: 2575, Mccabe Way
Los Angeles (City) California (State) 90012 (Zip Code)
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 2
Name: Elon Musk co/Founder
Job or Title *(if known)*: Neuralink/smartlink
Address:
(City) (State) (Zip Code)
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant
Mark Zuckerberg
Bill Gates
Warren Buffett
China Xi Jinping Moderna Gps
Shawn Jay Z Carter
Jeff Bezos
Kanye West
Beyonce Giselle Knowles-Carter
Illinois Department of Corr.

Defendant
James E, Shadid
Donald J Trump Sr

Defendant No. 3

Name: Micheal Jordan

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Kim Kardashian

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

COVID-19 Gps

Due Process / Microchip Implants

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The Tracking of United State Citizens By Non-Citizens GPS Implant

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The posting of there crimes on Social Media Me Being Sexually Assault co

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Peoria Police Department

707 NE, Madison Apt#10 Peoria IL 61603 Crime Scen Sexual Assaulted

B. What date and approximate time did the events giving rise to your claim(s) occur?

Kent Police Department 26-08191 Sexual Assault Tracking System

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Everyone one That Posted These Sexual Assaults

Candice Jelks 2023

Elon Musk Kim Kardashian Marshall Payton

Carrie Bell Johnson Brittany Jackson 2023

(1)

Premeditated Pandemic Placing These Gps Microchips Implants Into The Citizens Of The United State Injecting Moderna Calling It A Vaccine But Injecting Gps Implant Into The Bodys Of The Citizens Of the Unit State Pfizer Also Calling It A Vaccine

(2)

That Injected Gps
Implants Into The Citizens
Of The United State
There Owe Technologie
Became There Enemy
co Founder Elon Musk
Spoke About Technologie
Been The Truth And
He Never lied The
Evidence Is Neuralink

3

And Smartlink And Everyone Will Find Out The Truth That They Are All Sex Offender And Scammer Placing Life Insurance On The Citizens So Be Read To Face Your Own Technologie

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct, 22, 2026

Signature of Plaintiff Sterling L Johnson

Printed Name of Plaintiff Sterling L, Johnson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. This Gps Microchip Was Implanted Into My Body In 2017 Not The Rice Size Gps Microchip Doing Surgury Back In 2017 From Being Shot This Implant They Called Smartlink Done without My Knowlege At OFS Hospital And 2019 This Artificial

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

2 Trillion Dollars

## Index

| | |
|---|---|
| Ack Orders | Active Orders |
| Signed and Held | Curent Meds |
| I/O & Lab Results | Req Doc |
| Tasks | Problem List |
| Allergies | History |
| Tx Team | Blood Admin |
| Documents | SmartLink Reference |
| SBAR | Immunizations |
| Procedure Notes | CDC PPD Interpretation |
| Patient Belongings | Covid Vax Form (1st Dose) |

## Medications

### Scheduled

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| divalproex (DEPAKOTE) DR tablet 500 mg | 500 mg, PO, Q12H SCH | Ordered |
| risperiDONE (RisperDAL) tablet 1 mg | 1 mg, PO, BID | Ordered |
| thiamine (VITAMIN B-1) injection 100 mg | 100 mg, IM, Daily | Ordered |

### PRN

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen (TYLENOL) tablet 1,000 mg | 1,000 mg, PO, Q6H PRN | Ordered |
| albuterol inhaler 2 puff | 2 puff, IN, Q4H PRN | Ordered |
| aluminum-magnesium hydroxide-simethicone (MAALOX PLUS) 200-200-20 MG/5ML suspension 30 mL | 30 mL, PO, Q6H PRN | Ordered |
| haloperidol (HALDOL) tablet 5 mg | 5 mg, PO, Q6H PRN | Ordered |
| LORazepam (ATIVAN) tablet 2 mg | 2 mg, PO, Q6H PRN | Ordered |
| nicotine (COMMIT) lozenge 4 mg | 4 mg, MT, Q4H PRN | Ordered |
| sennosides (SENOKOT) tablet 17.2 mg | 17.2 mg, PO, Nightly PRN | Ordered |
| traZODone (DESYREL) tablet 50 mg | 50 mg, PO, Nightly PRN | Ordered |

Ref.: 405 ILCS 5/3-403, 5/3-602, 5/3-607, 5/3-610, 5/3-702, 5/3-813, 5/4-306, 5/4-402, 5/4-403, 5/4-405, 5/4-501, 5/4-611, 5/4-705

Johnson, Sterling L
HAR: 2000[illegible]
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

**Inpatient Certificate**

Re: Johnson, Sterling L
(name)

I personally informed the above-named individual of the purpose of this examination and that he or she did not have to speak to me, and that any statements made might be related in court as to the individual's clinical condition or need for services. Additionally, if this examination was for the purpose of determining that the above-named individual is developmentally disabled and dangerous, I informed the individual of his or her right to speak with a relative, friend or attorney before the examination, and of his or her right to have an attorney appointed for him or her if he or she so desired.

Signature of Examiner

On September 19th (date), 2026 (year), at 11:57 (time) ☒ a.m. ☐ p.m., I personally examined the above-named individual. The examination was conducted in person at Carle Health Methodist (name of location)

or ☐ Via Interactive Communication System (telepsychiatry)

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Based on the foregoing examination it is my opinion that he or she is:

☒ A person with mental illness who, because of his or her illness is reasonably expected, unless treated on an inpatient basis, to engage in conduct placing such person or another in physical harm or in reasonable expectation of being physically harmed;

☐ A person with mental illness who, because of his or her illness is unable to provide for his or her basic physical needs so as to guard himself or herself from serious harm, without the assistance of family or others, unless treated on an inpatient basis;

☒ A person with mental illness who: refuses treatment or is not adhering adequately to prescribed treatment; because of the nature of his or her illness is unable to understand his or her need for treatment; and if not treated on an inpatient basis, is reasonably expected based on his or her behavioral history, to suffer mental or emotional deterioration and is reasonably expected, after such deterioration, to meet the criteria of either paragraph one or paragraph two above;

☐ An individual who is developmentally disabled and unless treated on an in-patient basis is reasonably expected to inflict serious physical harm upon himself or herself or others in the near future, and/or

☒ Is in need of immediate hospitalization for the prevention of such harm.

I base my opinion on the following (including clinical observations, factual information):

The patient came to emergency department requesting his COVID registration card, noting that it has all the information needed to show that he is being followed by Micheal Jordan. Patient noted that Michael Jordan had people that assaulted him in prison, juvenile detention, and other state including Illinois and Washington. Patient noted that people are unintelligent and cannot be believe. Noting that the internet is the only source he can trust. Patient in need of hospitalization for stabilization and safety.

I believe that the individual is subject to (check one):

☐ Involuntary inpatient admission and is not in need of immediate hospitalization
☒ Involuntary inpatient admission and is in need of immediate hospitalization
☐ Judicial inpatient admission and is not in need of immediate hospitalization
☐ Judicial inpatient admission and is in need of immediate hospitalization

Date: 9/19/2026 Signature:

Title: MD Printed Name: Wu, Jack C, MD

## Johnson, Sterling L

**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

Signature of Physician or QMP Signature

Saved signature used by Jack C Wu, MD at 9/19/2026 2:36 PM

Signature of Physician or QMP Signature

**Counter signature by Physician if above QMP:**

Physician Signature

Saved signature used by Jack C Wu, MD at 9/19/2026 2:39 PM

Physician Signature

Form Checked By:

Signature captured with Topaz Signature Pad at 9/19/2026 2:39 PM

Form Checked By:

---

**Spanish**
Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística y ayuda y servicios auxiliares apropiados.

**Chinese (Mandarin)**
如果您讲中文(普通话)，我们将免费为您提供语言协助服务及合适的辅助工具和服务。

**Vietnamese**
Nếu quý vị nói Tiếng Việt, dịch vụ hỗ trợ ngôn ngữ cũng như các dịch vụ và trợ giúp phù hợp sẽ được cung cấp miễn phí cho quý vị.

**Korean**
한국어를 사용하는 경우, 언어 지원 서비스 및 적절한 보조 도구와 서비스를 무료로 이용할 수 있습니다.

**Tagalog**
Kung nagsasalita ka ng Tagalog, may magagamit kang mga serbisyo ng tulong sa wika at angkop na

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

kagamitan at serbisyong pantulong nang walang bayad.

**Russian**
Если вы говорите на русском языке, вы можете бесплатно получить языковую поддержку, а также соответствующие вспомогательные средства и услуги.

**Arabic**
إذا كنت تتحدث اللغة العربية، فإن خدمات المساعدة اللغوية والوسائل والخدمات المساندة الملائمة متاحة لك مجانًا

**French**
Si vous parlez français, des services d'assistance et services auxiliaires appropriés sont mis à votre disposition dans votre langue, gratuitement.

**Polish**
Jeżeli znasz język polski, dostępne są bezpłatnie usługi pomocy językowej oraz odpowiednie dodatkowe środki pomocy i usługi.

**Italian**
Se parli italiano, i servizi di assistenza linguistica e i servizi e gli aiuti ausiliari sono disponibili gratuitamente.

**German**
Wenn Sie Deutsch sprechen, stehen Ihnen kostenlose Sprachassistenzdienste und entsprechende Hilfsmittel und Dienstleistungen zur Verfügung.

**Hindi**
यदि आप हिन्दी बोलते हैं, तो भाषा सहायता सेवाएं और उपयुक्त सहायक उपकरण और सेवाएं आपके लिए मुफ़्त उपलब्ध हैं।

**Gujarati**
જો તમે ગુજરાતી ભાષા બોલો છો, તો ભાષા સહાય સેવાઓ અને યોગ્ય સહાયક મદદ અને સેવાઓ તમારા માટે મફતમાં ઉપલબ્ધ છે.

**Urdu**
اگر آپ اردو بولتے ہیں تو، زبان کی مدد کی خدمات اور مناسب معاون امداد اور خدمات آپ کے لیے مفت دستیاب ہیں۔ پر کال کریں۔

**Greek**
Εάν μιλάτε Ελληνικά, έχετε διαθέσιμες δωρεάν υπηρεσίες γλωσσικής βοήθειας και κατάλληλα βοηθήματα και υπηρεσίες.

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

| You have the right: | You have the right to be informed of: |
|---|---|
| To receive medical examination or treatment, within the capabilities of the hospital staff and facilities, to stabilize an emergency medical condition **or** If necessary, to be transferred to another medical facility. | The risks of the examination and treatment. The benefits of the examination and treatment. **You have the right to refuse the examination and treatment** This care and treatment is offered even if you cannot pay, do not have medical insurance or are not entitled to Medicare or Medicaid. |

**Permission to Transfer:** I to be transferred to Montrose Behavioral.

Benefits of Transfer include, but are not limited to: Need for a higher level of care

Risks of Transfer include, but are not limited to: Mental Health Complications

Benefits of Ambulance Transport: reduce delay or accident in transit, minimize pain or discomfort upon movement and provide medical assistance during transport in the event of a crisis.

Risk of Private Vehicle Transport: delay related to traffic congestion or accident enroute, lack of medical assistance with minimizing pain or discomfort or in the event of a crisis defined as a change in status that could put the patient or others at risk of injury.

The risks and benefits of such transfer and the method of transport have been explained to me. I authorized the hospital to release my health information to the receiving facility.

The physician has recommended that I be transported by: Secure Car

I have elected to be transported by: Secure Car

The reason for my transfer is: psychosis

Signature of Patient or Authorized Representative

Involuntary | Refuses to sign

Signature captured with Topaz Signature Pad by Sterling L. Johnson at 9/19/2026 2:37 PM

Signature of Patient or Authorized Representative

Relationship to Patient

Signature of Witness

Signature captured with Topaz Signature Pad at 9/19/2026 2:38 PM

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

The receiving facility contact who agreed to accept the patient was Cindy, RN at 13:30.

The receiving facility has available space and qualified personnel for the treatment of the patient and has agreed to accept this patient in transfer.

**Transport Information**

The patient will be transferred by: Secure Car

Mode of Transportation: Secure Car

Name of Service:

Time of contact:

Additional personnel:

**Vitals at the time the report was printed:**

**Visit Vitals**

| | |
|---|---|
| BP | 159/98 (BP Site: left upper arm) |
| Pulse | 75 |
| Temp | 36.6 °C (97.8 °F) |
| Resp | 18 |
| Ht | 1.905 m (6' 3") |
| Wt | 117.6 kg (259 lb 4.2 oz) |
| SpO2 | 97% |
| BMI | 32.41 kg/m² |

**GCS**

**COPY OF MEDICAL RECORD:** Transfer Record and all other medical records of the examination and treatment of the individual that are available at the time of transfer. Include available history, observation of signs and symptoms, preliminary diagnosis, results (include telephone results) of the diagnostic studies, and treatment provided. Other records are to be sent as soon as practicable.

State of Illinois
Department of Human Services

# RIGHTS OF INDIVIDUALS RECEIVING MENTAL HEALTH AND DEVELOPMENTAL DISABILITY SERVICES

Individual's Name: Johnson, Sterling L Identification Number: ________ Date: 9/19/2026

Following are some of your rights. You have other rights that concern procedures of admission and discharge. These rights do not appear on these pages. However, you DO have a copy of these procedural rights. If you have admitted yourself voluntarily, look on the back of your IL462-2202 or IL462-2001D application. If you are here involuntarily, look on the back of the Petition for Involuntary/Judicial Admission (IL462-2005), and also look at both sides of any court orders you have received or may receive. You have been provided a Notice of Privacy as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) which describes your rights related to privacy of your protected health information.

**RETENTION OF RIGHTS**

As a general rule, you lose none of your rights, benefits, or privileges simply because you are an individual receiving mental health or developmental disability services. For example, you do not lose your right right to vote or attend religious services. However, you should know that individuals admitted to mental health facilities will be disqualified from receiving firearm owners' identification cards, or may lose any such cards possessed prior to admission.

**HUMANE CARE SERVICES**

You are entitled to adequate and humane care and services in the least restrictive environment and to an individual services plan.

**COMMUNICATION MAIL/TELEPHONE CALLS/ VISITS**

You have a right to communicate with other people in private, without obstruction, or censorship. by the staff at the facility. This right includes mail, telephone calls, and visits. There are limits to these rights. Communication by these means may be reasonably restricted by the director of the facility, but only to protect you or others from harm, harassment, or intimidation.
ALL letters addressed to or from the Governor, members of the General Assembly, Attorney General, judges, State's attorneys, Guardianship and Advocacy or the Agency designated to protect and advocate rights of the developmentally disabled, officers of the Department, or licensed attorneys must be forwarded without examination.
No facility shall prevent any attorney representing you or who has been requested to represent you by any relative or family member from visiting you during normal business hours. You may refuse to meet with the attorney.

**PROPERTY**

You are entitled to receive, possess, and use personal property unless it is determined that certain items are harmful to you or others. When you are discharged, all lawful property must be returned to you.

**MONEY**

You may use your money as you choose, unless you are under age 18 or prohibited from doing so under a court guardianship order.

**BANKING**

You may deposit your money at a bank or place it for safekeeping with the facility. If the facility deposits your money, any interest earned will be yours.
Neither this facility nor any of its employees may act as payee to receive any payment or assistance directed to you, including Social Security and pension, annuity, or trust fund payments without your informed consent.

**LABOR**

You must be paid for work you are asked to perform which benefits the facility.
NOTE: You may be required to do personal housekeeping chores without being paid.

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026
Pvt: Yes

State of Illinois
Department of Human Services

**RIGHTS OF INDIVIDUALS RECEIVING MENTAL HEALTH AND DEVELOPMENTAL DISABILITY SERVICES**

| | |
|---|---|
| **REFUSING SERVICES** | If you are over 18 and do not have a guardian, you have the right to refuse services, including medication or electro-convulsive therapy (ECT). If you are over 18 and have a guardian, your guardian can refuse services on your behalf. If you do not want to take medication or ECT and your guardian disagrees, you may have a hearing before a judge, who will decide if you have to take the medication or ETC. If you or your guardian refuse services, you will not be given such services except when necessary to prevent you from causing serious harm to yourself or others or if a judge orders it. If you are under 18, you do not have a right to refuse services. |
| **RESTRAINTS** | Restraints may be used only to protect you from physically harming yourself or others, or as part of a medical or surgical procedure, and only under supervision of a properly qualified professional. |
| **EMERGENCY MEDICATION ELECTRO CONVULSIVE THERAPY RESTRAINT** | The facility must advise you, your guardian or substitute decision-maker, if any, of the following circumstances under which the law permits the use of emergency medication/ ECT and/or restraint. At the same time, you or your guardian or substitute decision-maker may tell the facility which form of intervention you would prefer if any, if the circumstances should arise. Your preference will be noted in the record and the facility must give consideration to your preference. |
| **UNUSUAL SERVICES** | Any unusual, hazardous, or experimental services require your written and informed consent. |
| **MEDICAL/DENTAL SERVICES** | Except in emergencies, no medical or dental services will be provided to you without informed consent. |
| **RESTRICTIONS OF RIGHTS PERSONS NOTIFIED** | If your rights are restricted, the facility must notify:<br>- your parent or guardian, if you are under age 18;<br>- you and the person of your choice;<br>- the Guardianship and Advocacy Commission if you say you want the Commission to be contacted.<br>If communications were restricted with a specific person, you may have that person notified is you so desire. |

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

State of Illinois
Department of Human Services

**RIGHTS OF INDIVIDUALS RECEIVING MENTAL HEALTH AND DEVELOPMENTAL DISABILITY SERVICES**

A Guardianship and Advocacy Commission has been created which consists of three divisions: Legal Advocacy Services, Human Rights Authority and the Office of the State Guardian. The Commission is located at:

**Chicago Regional Office**
160 N. La Salle Street
Suite S500
Chicago, IL 60601
Phone: (312) 793-5900
Fax: (312) 793-4311
TTY: (866) 333-3362

**Springfield Regional Office**
830 S. Spring Street
Springfield, IL 62704
Phone: (217) 785-1540
Fax: (217)524-0088
TTY: (866) 333-3362

Equip for Equality, Inc. is an independent, not-for-profit organization that administers the federal protection and advocacy system to people with disabilities in Illinois. Equip for Equality, Inc., provides self-advocacy assistance, legal services, education, public policy advocacy, and abuse investigations. The office is located at: **Website:** www.equipforequality.org

**Main/Chicago Office**
20 N. Michigan, Ste 300
Chicago, Illinois 60602
(800) 537-2632 or
(312) 341-0022
TTY: (800) 610-2779
Fax: (312) 800-0912

The information you provide on this form is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ([PL 104-191] at 45 CFR 160 and 164). Your personally identifiable health Information will only be used and/or released in accordance with HIPAA and the Illinois Mental Health and Developmental Disabilities Confidentiality Act.

I have explained these rights to the individual (or the guardian of the individual, if applicable) and have provided him or her a copy of it. A copy of this form has been filed in the individual's clinical record.

[signature]
Staff signature

Steve Katz, MHA
Staff Name and Title

9/19/2026 11:34am
Date and Time

Signature of Individual Receiving Services

☒ Check here if individual refuses to sign

Melissa Shane
Witness' Name (required only if individual refuses to sign)

[signature]
Witness' Signature (required only if individual refuses to sign)

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

State of Illinois
Department of Human Services - Division of Mental Health

**PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION**

Johnson, Sterling L
HAR: 2000175XXXX
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

STATE OF ILLINOIS

CIRCUIT COURT FOR THE ________ JUDICIAL CIRCUIT

________________ COUNTY

IN THE MATTER OF

Johnson, Sterling L
(name of respondent)

Docket No. ____________

Who is asserted to be a person subject to involuntary (judicial/involuntary) In-patient admission to a facility and for whom this petition is being initiated by reason of: (Select one or more, if applicable)

- [x] Emergency inpatient admission by certificate; (405 ILCS 5/3-600). The Respondent is currently detained in a mental health facility or hospital; name of facility where detained: Carle Health Methodist
- [ ] Inpatient admission by court order; (405 ILCS 5/3-700).
- [ ] Voluntary admittee submitted written notice of desire to be discharged and two Certificates are attached to/submitted with this petition; (405 ILCS 5/3-403).
- [ ] Voluntary admittee failed to reaffirm a desire to continue treatment and two Certificates are attached to/submitted with this petition; (405 ILCS 5/3-404).
- [ ] Person continues to be subject to involuntary admission on an inpatient basis; (405 ILCS 5/3-813).
- [ ] Emergency admission of the developmentally disabled; (405 ILCS 5/4-400).
- [ ] Judicial admission of the developmentally disabled; (405 ILCS 5/4-500).
- [ ] Developmentally disabled person or an interested person on behalf of a person submitted written objection to admission; (405 ILCS 5/4-306).
- [ ] Administrative person; (or person who executed application) failed to authorize continued residence; (405 ILCS 5/4-310).
- [ ] Person continues to meet standard for judicial admission; (405 ILCS 5/4-611).

State of Illinois
Department of Human Services - Division of Mental Health

HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

# PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

I assert that Johnson, Sterling L is: (check all that apply)

- [x] a person with mental illness who: because of his or her illness is reasonably expected, unless treated on an inpatient basis, to engage in conduct placing such person or another in physical harm or in reasonable expectation of being physically harmed;
- [ ] a person with mental illness who: because of his or her illness is unable to provide for his or her basic physical needs so as to guard himself or herself from serious harm without the assistance of family or others, unless treated on an inpatient basis;
- [x] a person with mental illness who: refuses treatment or is not adhering adequately to prescribed treatment; because of the nature of his or her illness is unable to understand his or her need for treatment; and if not treated on an inpatient basis, is reasonably expected based on his or her behavioral history, to suffer mental or emotional deterioration and is reasonably expected, after such deterioration, to meet the criteria of either paragraph one or paragraph two above.
- [ ] an individual who: is developmentally disabled and unless treated on an in-patient basis is reasonably expected to inflict serious physical harm upon himself or herself or others in the near future, and/or
- [x] in need of immediate hospitalization for the prevention of such harm.

I base the foregoing assertion on the following (State in detail the signs and symptoms of mental illness displayed by the Respondent. Include prior diagnosis, treatment and hospitalizations. Describe any threats, behavior or pattern of behavior which support your complaint. Include personal observations that lead to your belief the Respondent is subject to involuntary admission): If additional space needed please attach a separate page or pages.

| |
|---|
| 8-year-old male with a history of asthma presenting himself to the emergency department reporting sexual assault and being monitored by CDC and Federal authorities. Patient presenting with multiple complaints. Patient states that he's being assaulted by authorities. He's also been monitor by the Federal government and CDC. Patient states that "Michael Jordan has hired" people to sexually assault him. |

Below is a list of all witnesses by whom the facts asserted may be proven (include addresses and phone numbers):

| |
|---|
| Steve Katz, MHA Carle Health Methodist 221 NE Glen Oak, Peoria, Illinois 61636 309-672-4150<br>Melissa Shane Carle Health Methodist 221 NE Glen Oak, Peoria, Illinois 61636 309-672-4150<br>Angela Robbins RN Carle Health Methodist 221 NE Glen Oak, Peoria, Illinois 61636 309-672-4150 |

Listed below are the names and addresses of the spouse, parent, guardian, or substitute decision maker, if any, and close relative or, if none, a friend of the respondent whom I have reason to believe may know or have any of the other names and addresses. If names and addresses are not listed below, I made a diligent inquiry to identify and locate these individuals and the following describes the specific steps taken by me in making this inquiry (additional pages may be attached as necessary):

| |
|---|
| Reporting none at this time. |

- [ ] I do / [x] I do not have a legal interest in this matter.
- [ ] I do / [x] I do not have a financial interest in this matter.
- [ ] I am / [x] I am not involved in litigation with the respondent.
- [ ] Although I have indicated that I have a legal or financial interest in this matter or that I am involved in litigation with the respondent, I believe it would not be practicable or possible for someone else to be the petitioner for the following reasons:

| |
|---|
| |

State of Illinois
Department of Human Services - Division of Mental Health

DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

## PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

☐ No certificate was attached with this petition because no physician, qualified examiner or clinical psychologist was immediately available or it was impossible after diligent effort to obtain a certificate. However: I believe, as a result of my personal observation, that the respondent is subject to Involuntary inpatient admission. A diligent effort was made to obtain a certificate; but no physician, qualified examiner or clinical psychologist could be found who has examined or could examine the respondent; and
a diligent effort has been made to convince the respondent to appear voluntarily for examination by a physician, qualified examiner or clinical psychologist, or I reasonably believe that effort would impose a risk of harm to the respondent or others.

☒ One Certificate of Examination is attached.

☐ Two Certificates of Examination are attached.

Did a peace officer detain respondent, take him/her into custody, and/or transport him/her to the mental health facility?
☒ No ☐ Yes; If yes, the peace officer **MAY** complete the petition or if the petition IS NOT COMPLETED by the peace officer transporting the person, the following information MUST be entered:

Transporting Officer's Name: ______________________ Badge Number: __________

Employer: ______________________

The petitioner can request to be notified if the facility director approves the recipients's request for voluntary or informal admission prior to adjudication. The petitioner may also request to be notified of the recipient's discharge under section 3-902 (d) of the Mental Health and Developmental Disabilities Code. Failure to indicate a choice will be treated as a decision NOT to be notified.

☐ if the individual requests and is approved for voluntary or informal admission prior to adjudication, I wish to be notified using the contact information supplied below. (Hospital staff use form IL462-2203 for notification purposes).

☐ if the individual is committed or discharged by court, I wish to be notified using the contact information supplied below. (Hospital staff use form IL462-2208M for notification purposes).

☒ I do not wish to be notified in either of the two situations described above.

The petitioner has made a good faith attempt to determine whether the recipient has executed a power of attorney for health care under the Powers of Attorney for Health Care Law or a declaration for mental health treatment under the Mental Health Treatment Preference Declaration Act and to obtain copies of these instruments if they exist.
I have read and understood this petition and affirm that the statements made by me are true to the best of my knowledge.
I further understand that knowingly making a false statement on this Petition is a Class A Misdemeanor.

9/19/2026
Date

Signed

11:54 am
Time

Steve Katz, MHA
Printed Name

MHA
Relationship to Respondent

Carle Health Methodist
221 NE Glen Oak, Peoria, Illinois 61525
Address

309-672-4150
Telephone Number

State of Illinois
Department of Human Services - Division of Mental Health

CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

# PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

Within 12 hours of admission to the facility under this status and/or completion of a new petition, I gave the respondent a copy of this Petition (IL462-2005). I have explained the Rights of Admittee to the respondent and have provided him or her with a copy of it. I have also provided him or her with a copy of Rights of Individuals Receiving Mental Health and Developmental Services (IL462-2001) and explained those rights to him or her (405 ILCS 5/3-609).

Date/Time of Admission ____________
To Mental Health Facility/Psychiatric Unit

Date/Time
Petition Completed: ____________

Signed: ____________

Printed Name: ____________

Title: ____________

RIGHTS OF ADMITTEE

1. If you have been brought to this facility on the basis of this petition alone, you will not be immediately admitted, but will be detained for examination. You must be examined by a qualified professional within 24 hours or be released.

2. When you are first examined by a physician, clinical psychologist, qualified examiner, or psychiatrist, you do not have to talk to the examiner. Anything you say may be related by the examiner in court on the issue of whether you are subject to involuntary or judicial admission.

3. At the time that you have been certified you will be admitted to the facility and a copy of the petition and certificate will be filed with the court. A copy of the petition shall also be given to you.

4A. If you are alleged to be subject to involuntary admission (mentally ill) you must also be examined within 24 hours excluding Saturdays, Sundays, and holidays by a psychiatrist (different from the first examiner) or be released. If you are alleged to be subject to involuntary admission the court will set the matter for a hearing.

4B. If you are alleged to be subject to judicial admission (developmentally disabled) the court will set a hearing upon receipt of the diagnostic evaluation which is required to be completed within 7 days.

5A. If you are alleged to be subject to involuntary admission (mentally ill) and if the facility director approves, you may be admitted to the facility as a voluntary admittee upon your request any time prior to the court hearing.

The court may require proof that voluntary admission is in your best interest and in the public interest.

5B. If you are alleged to be subject to judicial admission (developmentally disabled) and if the facility director approves, you may decide that you prefer to admit yourself to the facility rather than have the court decide whether you ought to be admitted. You may make the request for administrative admission at any time prior to the hearing. The court may require proof that administrative admission is in your best interest and the public interest.

6. You have the right to request a jury.

7. You have the right to request an examination by an independent physician, psychiatrist, clinical psychologist, or qualified examiner of your choice. If you are unable to obtain an examination, the court may appoint an examiner for you upon your request.

8. You have the right to be represented by an attorney. If you do not have funds or are unable to obtain an attorney, the court will appoint an attorney for you.

9. You have the right to be present at your court hearing.

10. As a general rule, you do not lose any of your legal rights, benefits, or privileges simply because you have been admitted to a mental health facility (see your copy of the "Rights of Individuals"). However, you should know that persons admitted to mental health facilities will be disqualified from obtaining Firearm Owner's Identification Cards, or may lose such cards obtained prior to admission.

11. Information about the health care services you receive at a mental health or developmental disabilities facility is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (P.O. 104-191) at 45 CFR 160 and 164. Your personally identifiable health information will only be used and/or released in accordance with HIPAA and the Illinois Mental Health and Development Disabilities Confidentiality Act [740 ILCS 110].

State of Illinois
Department of Human Services - Division of Mental Health

# PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

I certify that I provided respondent with a copy of this form. (pages 1-5) on ______________

☐ English ☐ Spanish ☐ Other Specify language: ______________ Time: ______________

Signature: ______________________________

Title: ______________________________

Printed Name: ______________________________

A Guardianship and Advocacy Commission has been created which consists of three divisions: Legal Advocacy Services, Human Rights Authority and the Office of the State Guardian. The Commission is located at:

**Chicago Regional Office**
160 N. La Salle Street
Suite S500
Chicago, IL 60601
Phone: (312) 793-5900
Fax: (312) 793-4311
TTY: (866) 333-3362

**Springfield Regional Office**
830 S. Spring Street
Springfield, IL 62704
Phone: (217) 785-1540
Fax: (217)524-0088
TTY: (866) 333-3362

Equip for Equality, Inc. is an independent, not-for-profit organization that administers the federal protection and advocacy system to people with disabilities in Illinois. Equip for Equality, Inc., provides self-advocacy assistance, legal services, education, public policy advocacy, and abuse investigations. The office is located at: **Website:** www.equipforequality.org

**Main/Chicago Office**
20 N. Michigan, Ste 300
Chicago, Illinois 60602
(800) 537-2632 or
(312) 341-0022
TTY: (800) 610-2779
Fax: (312) 800-0912

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978 (48 yrs)
**MRN:** 4328293
**Adm Date:** 9/19/2026
**Pvt:** Yes

The information you provide on this form is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ([PL 104-191] at 45 CFR 160 and 164). Your personally identifiable health Information will only be used and/or released in accordance with HIPAA and the Illinois Mental Health and Developmental Disabilities Confidentiality Act.

I have explained these rights to the individual (or the guardian of the individual, if applicable) and have provided him or her a copy of it. A copy of this form has been filed in the individual's clinical record.

______________________________
Staff signature

______________________________
Signature of Individual Receiving Services

☐ Check here if individual refuses to sign

______________________________
Staff Name and Title

______________________________
Witness' Name (required only if individual refuses to sign)

______________________________
Date and Time

______________________________
Witness' Signature (required only if individual refuses to sign)

State of Illinois
Department of Human Services

# RIGHTS OF INDIVIDUALS RECEIVING MENTAL HEALTH AND DEVELOPMENTAL DISABILITY SERVICES

Individual's Name: Johnson, Sterling L    Identification Number: ______    Date: 9/19/2026

Following are some of your rights. You have other rights that concern procedures of admission and discharge. These rights do not appear on these pages. However, you DO have a copy of these procedural rights. If you have admitted yourself voluntarily, look on the back of your IL462-2202 or IL462-2001D application. If you are here involuntarily, look on the back of the Petition for Involuntary/Judicial Admission (IL462-2005), and also look at both sides of any court orders you have received or may receive. You have been provided a Notice of Privacy as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) which describes your rights related to privacy of your protected health information.

**RETENTION OF RIGHTS**

As a general rule, you lose none of your rights, benefits, or privileges simply because you are an individual receiving mental health or developmental disability services. For example, you do not lose your right right to vote or attend religious services. However, you should know that individuals admitted to mental health facilities will be disqualified from receiving firearm owners' identification cards, or may lose any such cards possessed prior to admission.

**HUMANE CARE SERVICES**

You are entitled to adequate and humane care and services in the least restrictive environment and to an individual services plan.

**COMMUNICATION MAIL/TELEPHONE CALLS/ VISITS**

You have a right to communicate with other people in private, without obstruction, or censorship. by the staff at the facility. This right includes mail, telephone calls, and visits. There are limits to these rights. Communication by these means may be reasonably restricted by the director of the facility, but only to protect you or others from harm, harassment, or intimidation.
ALL letters addressed to or from the Governor, members of the General Assembly, Attorney General, judges, State's attorneys, Guardianship and Advocacy or the Agency designated to protect and advocate rights of the developmentally disabled, officers of the Department, or licensed attorneys must be forwarded without examination.
No facility shall prevent any attorney representing you or who has been requested to represent you by any relative or family member from visiting you during normal business hours. You may refuse to meet with the attorney.

**PROPERTY**

You are entitled to receive, possess, and use personal property unless it is determined that certain items are harmful to you or others. When you are discharged, all lawful property must be returned to you.

**MONEY**

You may use your money as you choose, unless you are under age 18 or prohibited from doing so under a court guardianship order.

**BANKING**

You may deposit your money at a bank or place it for safekeeping with the facility. If the facility deposits your money, any interest earned will be yours.
Neither this facility nor any of its employees may act as payee to receive any payment or assistance directed to you, including Social Security and pension, annuity, or trust fund payments without your informed consent.

**LABOR**

You must be paid for work you are asked to perform which benefits the facility.
NOTE: You may be required to do personal housekeeping chores without being paid.

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026
Pvt: Yes

**RIGHTS OF INDIVIDUALS RECEIVING MENTAL HEALTH AND DEVELOPMENTAL DISABILITY SERVICES**

**REFUSING SERVICES**

If you are over 18 and do not have a guardian, you have the right to refuse services, including medication or electro-convulsive therapy (ECT). If you are over 18 and have a guardian, your guardian can refuse services on your behalf. If you do not want to take medication or ECT and your guardian disagrees, you may have a hearing before a judge, who will decide if you have to take the medication or ETC. If you or your guardian refuse services, you will not be given such services except when necessary to prevent you from causing serious harm to yourself or others or if a judge orders it. If you are under 18, you do not have a right to refuse services.

**RESTRAINTS**

Restraints may be used only to protect you from physically harming yourself or others, or as part of a medical or surgical procedure, and only under supervision of a properly qualified professional.

**EMERGENCY MEDICATION ELECTRO CONVULSIVE THERAPY RESTRAINT**

The facility must advise you, your guardian or substitute decision-maker, if any, of the following circumstances under which the law permits the use of emergency medication/ ECT and/or restraint. At the same time, you or your guardian or substitute decision-maker may tell the facility which form of intervention you would prefer if any, if the circumstances should arise. Your preference will be noted in the record and the facility must give consideration to your preference.

**UNUSUAL SERVICES**

Any unusual, hazardous, or experimental services require your written and informed consent.

**MEDICAL/DENTAL SERVICES**

Except in emergencies, no medical or dental services will be provided to you without informed consent.

**RESTRICTIONS OF RIGHTS PERSONS NOTIFIED**

If your rights are restricted, the facility must notify:

- your parent or guardian, if you are under age 18;
- you and the person of your choice;
- the Guardianship and Advocacy Commission if you say you want the Commission to be contacted.

If communications were restricted with a specific person, you may have that person notified is you so desire.

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

State of Illinois
Department of Human Services

## RIGHTS OF INDIVIDUALS RECEIVING MENTAL HEALTH AND DEVELOPMENTAL DISABILITY SERVICES

A Guardianship and Advocacy Commission has been created which consists of three divisions: Legal Advocacy Services, Human Rights Authority and the Office of the State Guardian. The Commission is located at:

**Chicago Regional Office**
160 N. La Salle Street
Suite S500
Chicago, IL 60601
Phone: (312) 793-5900
Fax: (312) 793-4311
TTY: (866) 333-3362

**Springfield Regional Office**
830 S. Spring Street
Springfield, IL 62704
Phone: (217) 785-1540
Fax: (217)524-0088
TTY: (866) 333-3362

Equip for Equality, Inc. is an independent, not-for-profit organization that administers the federal protection and advocacy system to people with disabilities in Illinois. Equip for Equality, Inc., provides self-advocacy assistance, legal services, education, public policy advocacy, and abuse investigations. The office is located at: **Website:** www.equipforequality.org

**Main/Chicago Office**
20 N. Michigan, Ste 300
Chicago, Illinois 60602
(800) 537-2632 or
(312) 341-0022
TTY: (800) 610-2779
Fax: (312) 800-0912

The information you provide on this form is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ([PL 104-191] at 45 CFR 160 and 164). Your personally identifiable health Information will only be used and/or released in accordance with HIPAA and the Illinois Mental Health and Developmental Disabilities Confidentiality Act.

I have explained these rights to the individual (or the guardian of the individual, if applicable) and have provided him or her a copy of it. A copy of this form has been filed in the individual's clinical record.

[signature]
Staff signature

Signature of Individual Receiving Services

Steve Katz, MHA
Staff Name and Title

☒ Check here if individual refuses to sign

Melissa Shane
Witness' Name (required only if individual refuses to sign)

9/19/2026 11:34am
Date and Time

[signature]
Witness' Signature (required only if individual refuses to sign)

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026
Pvt: Yes

Ref.: 405 ILCS 5/3-403, 5/3-602, 5/3-607, 5/3-610, 5/3-702, 5/3-813, 5/4-306, 5/4-402, 5/4-403, 5/4-405, 5/4-501, 5/4-611, 5/4-705

Johnson, Sterling L
**HAR:** 2000750[illegible]
**CSN:** 289603506
**DOB:** 2/8/1978 (48 yrs)
**MRN: 4328293**
**Adm Date:** 9/19/2026

**Pvt:** Yes

# Inpatient Certificate

Re: Johnson, Sterling L
(name)

I personally informed the above-named individual of the purpose of this examination and that he or she did not have to speak to me, and that any statements made might be related in court as to the individual's clinical condition or need for services. Additionally, if this examination was for the purpose of determining that the above-named individual is developmentally disabled and dangerous, I informed the individual of his or her right to speak with a relative, friend or attorney before the examination, and of his or her right to have an attorney appointed for him or her if he or she so desired.

Signature of Examiner

On September 19th (date), 2026 (year), at 11:57 (time) [X] a.m. [ ] p.m., I personally examined the above-named individual. The examination was conducted in person at Carle Health Methodist (name of location)

or [ ] Via Interactive Communication System (telepsychiatry)

Based on the foregoing examination it is my opinion that he or she is:

- [X] A person with mental illness who, because of his or her illness is reasonably expected, unless treated on an inpatient basis, to engage in conduct placing such person or another in physical harm or in reasonable expectation of being physically harmed;
- [ ] A person with mental illness who, because of his or her illness is unable to provide for his or her basic physical needs so as to guard himself or herself from serious harm, without the assistance of family or others, unless treated on an inpatient basis;
- [X] A person with mental illness who: refuses treatment or is not adhering adequately to prescribed treatment; because of the nature of his or her illness is unable to understand his or her need for treatment; and if not treated on an inpatient basis, is reasonably expected based on his or her behavioral history, to suffer mental or emotional deterioration and is reasonably expected, after such deterioration, to meet the criteria of either paragraph one or paragraph two above;
- [ ] An individual who is developmentally disabled and unless treated on an in-patient basis is reasonably expected to inflict serious physical harm upon himself or herself or others in the near future, and/or
- [X] Is in need of immediate hospitalization for the prevention of such harm.

I base my opinion on the following (including clinical observations, factual information):

The patient came to emergency department requesting his COVID registration card, noting that it has all the information needed to show that he is being followed by Micheal Jordan. Patient noted that Michael Jordan had people that assaulted him in prison, juvenile detention, and other state including Illinois and Washington. Patient noted that people are unintelligent and cannot be believe. Noting that the internet is the only source he can trust. Patient in need of hospitalization for stabilization and safety.

I believe that the individual is subject to (check one):

- [ ] Involuntary inpatient admission and is not in need of immediate hospitalization
- [X] Involuntary inpatient admission and is in need of immediate hospitalization
- [ ] Judicial inpatient admission and is not in need of immediate hospitalization
- [ ] Judicial inpatient admission and is in need of immediate hospitalization

Date: 9/19/2026 Signature:

Title: MD Printed Name: Wu, Jack C, MD

State of Illinois
Department of Human Services - Division of Mental Health

**PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION**

HAR: 200017505575
CSN: 289803506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026

Pvt: Yes

## PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

STATE OF ILLINOIS

CIRCUIT COURT FOR THE ________ JUDICIAL CIRCUIT

________________ COUNTY

IN THE MATTER OF

Johnson, Sterling L
(name of respondent)

Docket No. ________________

Who is asserted to be a person subject to involuntary (judicial/involuntary) In-patient admission to a facility and for whom this petition is being initiated by reason of: (Select one or more, if applicable)

- ☒ Emergency inpatient admission by certificate; (405 ILCS 5/3-600). The Respondent is currently detained in a mental health facility or hospital; name of facility where detained: Carle Health Methodist
- ☐ Inpatient admission by court order; (405 ILCS 5/3-700).
- ☐ Voluntary admittee submitted written notice of desire to be discharged and two Certificates are attached to/submitted with this petition; (405 ILCS 5/3-403).
- ☐ Voluntary admittee failed to reaffirm a desire to continue treatment and two Certificates are attached to/submitted with this petition; (405 ILCS 5/3-404).
- ☐ Person continues to be subject to involuntary admission on an inpatient basis; (405 ILCS 5/3-813).
- ☐ Emergency admission of the developmentally disabled; (405 ILCS 5/4-400).
- ☐ Judicial admission of the developmentally disabled; (405 ILCS 5/4-500).
- ☐ Developmentally disabled person or an interested person on behalf of a person submitted written objection to admission; (405 ILCS 5/4-306).
- ☐ Administrative person; (or person who executed application) failed to authorize continued residence; (405 ILCS 5/4-310).
- ☐ Person continues to meet standard for judicial admission; (405 ILCS 5/4-611).

State of Illinois
Department of Human Services - Division of Mental Health

# PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

Johnson, [illegible]
**HAR:** [illegible]
**CSN:** 289603506
**DOB:** 2/8/1978 (48 yrs)
**MRN:** 4328293
**Adm Date:** 9/19/2026
**Pvt:** Yes

I assert that Johnson, Sterling L is: (check all that apply)

- [x] a person with mental illness who: because of his or her illness is reasonably expected, unless treated on an inpatient basis, to engage in conduct placing such person or another in physical harm or in reasonable expectation of being physically harmed;
- [ ] a person with mental illness who: because of his or her illness is unable to provide for his or her basic physical needs so as to guard himself or herself from serious harm without the assistance of family or others, unless treated on an inpatient basis;
- [x] a person with mental illness who: refuses treatment or is not adhering adequately to prescribed treatment; because of the nature of his or her illness is unable to understand his or her need for treatment; and if not treated on an inpatient basis, is reasonably expected based on his or her behavioral history, to suffer mental or emotional deterioration and is reasonably expected, after such deterioration, to meet the criteria of either paragraph one or paragraph two above.
- [ ] an individual who: is developmentally disabled and unless treated on an in-patient basis is reasonably expected to inflict serious physical harm upon himself or herself or others in the near future, and/or
- [x] in need of immediate hospitalization for the prevention of such harm.

I base the foregoing assertion on the following (State in detail the signs and symptoms of mental illness displayed by the Respondent. Include prior diagnosis, treatment and hospitalizations. Describe any threats, behavior or pattern of behavior which support your complaint. Include personal observations that lead to your belief the Respondent is subject to involuntary admission): If additional space needed please attach a separate page or pages.

8-year-old male with a history of asthma presenting himself to the emergency department reporting sexual assault and being monitored by CDC and Federal authorities. Patient presenting with multiple complaints. Patient states that he's being assaulted by authorities. He's also been monitor by the Federal government and CDC. Patient states that "Michael Jordan has hired" people to sexually assault him.

Below is a list of all witnesses by whom the facts asserted may be proven (include addresses and phone numbers):

Steve Katz, MHA Carle Health Methodist 221 NE Glen Oak, Peoria, Illinois 61636 309-672-4150
Melissa Shane Carle Health Methodist 221 NE Glen Oak, Peoria, Illinois 61636 309-672-4150
Angela Robbins RN Carle Health Methodist 221 NE Glen Oak, Peoria, Illinois 61636 309-672-4150

Listed below are the names and addresses of the spouse, parent, guardian, or substitute decision maker, if any, and close relative or, if none, a friend of the respondent whom I have reason to believe may know or have any of the other names and addresses. If names and addresses are not listed below, I made a diligent inquiry to identify and locate these individuals and the following describes the specific steps taken by me in making this inquiry (additional pages may be attached as necessary):

Reporting none at this time.

- [ ] I do [x] I do not have a legal interest in this matter.
- [ ] I do [x] I do not have a financial interest in this matter.
- [ ] I am [x] I am not involved in litigation with the respondent.
- [ ] Although I have indicated that I have a legal or financial interest in this matter or that I am involved in litigation with the respondent, I believe it would not be practicable or possible for someone else to be the petitioner for the following reasons:

State of Illinois
Department of Human Services - Division of Mental Health

CSN: 289603506
DOB: 2/8/1978 (48 yrs)
**MRN:** 4328293
**Adm Date:** 9/19/2026
**Pvt:** Yes

# PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

☐ No certificate was attached with this petition because no physician, qualified examiner or clinical psychologist was immediately available or it was impossible after diligent effort to obtain a certificate. However: I believe, as a result of my personal observation, that the respondent is subject to Involuntary inpatient admission. A diligent effort was made to obtain a certificate; but no physician, qualified examiner or clinical psychologist could be found who has examined or could examine the respondent; and
a diligent effort has been made to convince the respondent to appear voluntarily for examination by a physician, qualified examiner or clinical psychologist, or I reasonably believe that effort would impose a risk of harm to the respondent or others.

☒ One Certificate of Examination is attached.

☐ Two Certificates of Examination are attached.

Did a peace officer detain respondent, take him/her into custody, and/or transport him/her to the mental health facility?
☒ No ☐ Yes; If yes, the peace officer **MAY** complete the petition or if the petition IS NOT COMPLETED by the peace officer transporting the person, the following information MUST be entered:

Transporting Officer's Name: ____________________ Badge Number: ____________

Employer: ____________________

The petitioner can request to be notified if the facility director approves the recipients's request for voluntary or informal admission prior to adjudication. The petitioner may also request to be notified of the recipient's discharge under section 3-902 (d) of the Mental Health and Developmental Disabilities Code. Failure to indicate a choice will be treated as a decision NOT to be notified.

☐ if the individual requests and is approved for voluntary or informal admission prior to adjudication, I wish to be notified using the contact information supplied below. (Hospital staff use form IL462-2203 for notification purposes).

☐ if the individual is committed or discharged by court, I wish to be notified using the contact information supplied below. (Hospital staff use form IL462-2208M for notification purposes).

☒ I do not wish to be notified in either of the two situations described above.

The petitioner has made a good faith attempt to determine whether the recipient has executed a power of attorney for health care under the Powers of Attorney for Health Care Law or a declaration for mental health treatment under the Mental Health Treatment Preference Declaration Act and to obtain copies of these instruments if they exist.
I have read and understood this petition and affirm that the statements made by me are true to the best of my knowledge.
I further understand that knowingly making a false statement on this Petition is a Class A Misdemeanor.

9/19/2026
Date

[signature]
Signed

11:54 am
Time

Steve Katz, MHA
Printed Name

MHA
Relationship to Respondent

Carle Health Methodist
221 NE Glen Oak, Peoria, Illinois 61525
Address

309-672-4150
Telephone Number

State of Illinois
Department of Human Services - Division of Mental Health

CSN: [illegible]
DOB: 2/8/1978 (48 yrs)
**MRN: 4328293**
**Adm Date:** 9/19/2026

**Pvt:** Yes

## PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

Within 12 hours of admission to the facility under this status and/or completion of a new petition, I gave the respondent a copy of this Petition (IL462-2005). I have explained the Rights of Admittee to the respondent and have provided him or her with a copy of it. I have also provided him or her with a copy of Rights of Individuals Receiving Mental Health and Developmental Services (IL462-2001) and explained those rights to him or her (405 ILCS 5/3-609).

Date/Time of Admission ____________
To Mental Health Facility/Psychiatric Unit

Date/Time
Petition Completed: ____________

Signed: ______________________________

Printed Name: ______________________________

Title: ______________________________

RIGHTS OF ADMITTEE

1. If you have been brought to this facility on the basis of this petition alone, you will not be immediately admitted, but will be detained for examination. You must be examined by a qualified professional within 24 hours or be released.

2. When you are first examined by a physician, clinical psychologist, qualified examiner, or psychiatrist, you do not have to talk to the examiner. Anything you say may be related by the examiner in court on the issue of whether you are subject to involuntary or judicial admission.

3. At the time that you have been certified you will be admitted to the facility and a copy of the petition and certificate will be filed with the court. A copy of the petition shall also be given to you.

4A. If you are alleged to be subject to involuntary admission (mentally ill) you must also be examined within 24 hours excluding Saturdays, Sundays, and holidays by a psychiatrist (different from the first examiner) or be released. If you are alleged to be subject to involuntary admission the court will set the matter for a hearing.

4B. If you are alleged to be subject to judicial admission (developmentally disabled) the court will set a hearing upon receipt of the diagnostic evaluation which is required to be completed within 7 days.

5A. If you are alleged to be subject to involuntary admission (mentally ill) and if the facility director approves, you may be admitted to the facility as a voluntary admittee upon your request any time prior to the court hearing.

The court may require proof that voluntary admission is in your best interest and in the public interest.

5B. If you are alleged to be subject to judicial admission (developmentally disabled) and if the facility director approves, you may decide that you prefer to admit yourself to the facility rather than have the court decide whether you ought to be admitted. You may make the request for administrative admission at any time prior to the hearing. The court may require proof that administrative admission is in your best interest and the public interest.

6. You have the right to request a jury.

7. You have the right to request an examination by an independent physician, psychiatrist, clinical psychologist, or qualified examiner of your choice. If you are unable to obtain an examination, the court may appoint an examiner for you upon your request.

8. You have the right to be represented by an attorney. If you do not have funds or are unable to obtain an attorney, the court will appoint an attorney for you.

9. You have the right to be present at your court hearing.

10. As a general rule, you do not lose any of your legal rights, benefits, or privileges simply because you have been admitted to a mental health facility (see your copy of the "Rights of Individuals"). However, you should know that persons admitted to mental health facilities will be disqualified from obtaining Firearm Owner's Identification Cards, or may lose such cards obtained prior to admission.

11. Information about the health care services you receive at a mental health or developmental disabilities facility is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (P.O. 104-191) at 45 CFR 160 and 164. Your personally identifiable health information will only be used and/or released in accordance with HIPAA and the Illinois Mental Health and Development Disabilities Confidentiality Act [740 ILCS 110].

State of Illinois
Department of Human Services - Division of Mental Health

# PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

I certify that I provided respondent with a copy of this form. (pages 1-5) on ____________

☐ English ☐ Spanish ☐ Other Specify language: ____________ Time: ____________

Signature: ____________

Title: ____________

Printed Name: ____________

A Guardianship and Advocacy Commission has been created which consists of three divisions: Legal Advocacy Services, Human Rights Authority and the Office of the State Guardian. The Commission is located at:

**Chicago Regional Office**
160 N. La Salle Street
Suite S500
Chicago, IL 60601
Phone: (312) 793-5900
Fax: (312) 793-4311
TTY: (866) 333-3362

**Springfield Regional Office**
830 S. Spring Street
Springfield, IL 62704
Phone: (217) 785-1540
Fax: (217)524-0088
TTY: (866) 333-3362

Equip for Equality, Inc. is an independent, not-for-profit organization that administers the federal protection and advocacy system to people with disabilities in Illinois. Equip for Equality, Inc., provides self-advocacy assistance, legal services, education, public policy advocacy, and abuse investigations. The office is located at: **Website:** www.equipforequality.org

**Main/Chicago Office**
20 N. Michigan, Ste 300
Chicago, Illinois 60602
(800) 537-2632 or
(312) 341-0022
TTY: (800) 610-2779
Fax: (312) 800-0912

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978 (48 yrs)
**MRN:** 4328293
**Adm Date:** 9/19/2026
**Pvt:** Yes

The information you provide on this form is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ([PL 104-191] at 45 CFR 160 and 164). Your personally identifiable health Information will only be used and/or released in accordance with HIPAA and the Illinois Mental Health and Developmental Disabilities Confidentiality Act.

I have explained these rights to the individual (or the guardian of the individual, if applicable) and have provided him or her a copy of it. A copy of this form has been filed in the individual's clinical record.

____________
Staff signature

____________
Signature of Individual Receiving Services

☐ Check here if individual refuses to sign

____________
Staff Name and Title

____________
Witness' Name (required only if individual refuses to sign)

____________
Date and Time

____________
Witness' Signature (required only if individual refuses to sign)

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

Signature of Witness

Signature of Staff Witness

Signature captured with Topaz Signature Pad by Kayleigh Bratton, RN at 9/19/2026 2:39 PM

Signature of Staff Witness

**Physician or Qualified Medical Provider (QMP) Section**

**PHYSICIAN OR QMP DOCUMENTATION OF PATIENT'S CONDITION (Complete for all transfers).**

Patient is: Stable

**Stable:**
Patient did NOT come to the Hospital in an Emergency Medical Condition, or did come in such a condition, but is now stable. Women in labor are not stable.

~~**Unstable: Patient is in an Emergency Medical Condition.**~~
Based on the information available at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility outweigh the increased risks, if any, to the individual, and in the case of labor to the woman or unborn child, from effecting the transfer (including the risks of being away from the Hospital during transfer).

I, Wu, have contacted Dr. Busnello at Montrose Behavioral who has agreed to accept this patient for care and treatment.

**Nursing Documentation**

Signature of staff arranging transfer

Signature captured with Topaz Signature Pad by Angela S Robbins, RN at 9/19/2026 2:37 PM

Signature of staff arranging transfer

**Facesheet**

# Johnson, Sterling L #4328293 (Acct: 20001750575) (48 years old M) (Adm: 09/19/26 0648)

CHMH ED-BH-03-BH-03

| | | | | |
|---|---|---|---|---|
| Attending Provider: Wu, Jack C, MD<br>Allergies: **Shrimp** | Isolation: None<br>Code Status: Attempt CPR<br>Service: ED | Ht: 1.905 m (6' 3")<br>Wt: 117.6 kg (259 lb 4.2 oz)<br>Admission Wt: 117.6 kg (259 lb 4.2 oz) | Admission Dx: None<br>Principal Problem: None | BMI: 32.41 kg/m ²<br>BSA: 2.49 m ² |

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Johnson, Sterling L | 4328293 | xxx-xx-1102 | Male | 02/08/78 (48 yrs) |
| **Address** | **Phone** | **Email** | **Employer** | |
| 3827 N SAINT JOSEPH CT<br>PEORIA IL 61616-7538 | 309-453-1687 (H)<br>309-453-1687 (M) | — | NOT EMPLOYED | |
| **County** | **Race** | **Occupation** | **Emp Status** | |
| Peoria | Black or African American | — | Unknown | |
| **Reg Status** | **PCP** | **Date Last Verified** | **Next Review Date** | |
| Verified | Identified, No Provider | 09/19/26 | 10/19/26 | |
| **Marital Status** | **Language** | | | |
| Single | English | | | |

## Admitting Diagnosis

Admission Diagnosis

## Treatment Team

Not on file

## Ethnicity/Race

| Ethnicity | Race |
|---|---|
| Non-Hispanic, Latino or Spanish origin [12] | Black or African American [2] |

## Emergency Contacts

None on File

## Other Contacts

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| None,Per Pt | Other | 309-000-0000 | | |

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Johnson, Sterling L | 20001750575 | Emergency | Open | MERIDIAN HEALTH PLAN - MERIDIAN HEALTH PLAN MMCP |

## Guarantor Account (for Hospital Account #20001750575)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Johnson, Sterling L | Self | CFH | Yes | Personal/Family |

| Address | Phone |
|---|---|
| 3827 N SAINT JOSEPH CT<br>PEORIA, IL 61616-7538 | 309-453-1687(H) |

## Coverage Information (for Hospital Account #20001750575)

| F/O Payor/Plan | Precert # |
|---|---|
| MERIDIAN HEALTH PLAN/MERIDIAN HEALTH PLAN MMCP | |

| Subscriber | Relation to Pt | Subscriber # |
|---|---|---|
| Johnson, Sterling L | Self | 177522273 |

Grp #

| Address | Phone |
|---|---|
| PO BOX 4020<br>FARMINGTON, MO 63640-4402 | 866-606-3700 |

Johnson, Sterling L
HAR: 20001750575
CSN: 289603506
DOB: 2/8/1978 (48 yrs)
MRN: 4328293
Adm Date: 9/19/2026
Pvt: Yes

State of Illinois
Department of Human Services

# NOTICE REGARDING RESTRICTED RIGHTS OF INDIVIDUALS

Reference: 405 ILCS 5/2-102, 2-103, 2-104, 2-107, 2-108, 2-109, 2-200, and 22-201

Name: Sterling Johnson I.D.: 4328293 Unit: Behav Health E.D Facility: Carle Health Methodist

## PART I (Physical Hold/Restraint/Seclusion/Emergency Medication Restrictions)

On ______________ at ______________
Date Time

Individual was: ☐ placed in physical hold ☐ placed in restraint ☐ placed in seclusion ☐ administered emergency medication

Reason(s) for the identified restrictions(s):

**In accordance with the Mental Health and Developmental Disabilities code, the individual designated his or her preference for emergency intervention if circumstances arise as indicated below (check one):**

☐ The individual indicated "No Preference" for emergency intervention(s)

☐ The individual preference was utilized (see Treatment Plan)

☐ The individual preference was **NOT** utilized for the following reason(s):

## PART II (Other Restrictions)

From: 9-19-26 0815 to: Until Discontinued
Date and Time Date and Time

**Had a restriction placed on certain rights (checked and explained below):**

☐ To refuse medical services - x-ray ☐ To refuse medical services - laboratory specimens ☒ To retain personal property

☐ To refuse other medical services ☐ To refuse search of person or living area ☒ Other: Secured Unit

☐ To manage personal hygiene ☐ To refuse dental services

☐ To be allowed communication via: ☐ Telephone ☐ Mail ☐ Visitation ☐ Other:

Reason(s) for the identified restrictions(s) include:

Parinoid delusions unable to maintain personal Safety

## PART III (Applies to Parts I and II)

**A copy of this notice was given to the individual in:** ☒ English ☐ Spanish ☐ Other:

☒ Individual wished no one be notified of this Notice **(Exception: Guardian must always be notified)**

☐ Individual wished Guardian and/or Designee notified as indicated below:

Guardian: ______________ Address: ______________

Designee: ______________ Address: ______________

**I certify that I have completed this form. Copies of this notice were given to the individual, mailed to all indicated individuals, and placed in his or her medical record.**

Date/Time: 9-19-26 0815 Signature: [signature]

Printed Name and Title: Susanna Hahn EMT-P

NOTICE REGARDING RESTRICTED RIGHTS OF INDIVIDUAL

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

Signature of Physician or QMP Signature



Saved signature used by Jack C Wu, MD at 9/19/2026 2:36 PM

Signature of Physician or QMP Signature

**Counter signature by Physician if above QMP:**

Physician Signature



Saved signature used by Jack C Wu, MD at 9/19/2026 2:39 PM

Physician Signature

Form Checked By:



Signature captured with Topaz Signature Pad at 9/19/2026 2:39 PM

Form Checked By:

---

**Spanish**
Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística y ayuda y servicios auxiliares apropiados.

**Chinese (Mandarin)**
如果您讲中文(普通话)，我们将免费为您提供语言协助服务及合适的辅助工具和服务。

**Vietnamese**
Nếu quý vị nói Tiếng Việt, dịch vụ hỗ trợ ngôn ngữ cũng như các dịch vụ và trợ giúp phù hợp sẽ được cung cấp miễn phí cho quý vị.

**Korean**
한국어를 사용하는 경우, 언어 지원 서비스 및 적절한 보조 도구와 서비스를 무료로 이용할 수 있습니다.

**Tagalog**
Kung nagsasalita ka ng Tagalog, may magagamit kang mga serbisyo ng tulong sa wika at angkop na

**Johnson, Sterling L**
**HAR:** 20001750575
**CSN:** 289603506
**DOB:** 2/8/1978
**MRN:** 4328293

kagamitan at serbisyong pantulong nang walang bayad.

**Russian**
Если вы говорите на русском языке, вы можете бесплатно получить языковую поддержку, а также соответствующие вспомогательные средства и услуги.

**Arabic**
إذا كنت تتحدث اللغة العربية، فإن خدمات المساعدة اللغوية والوسائل والخدمات المساندة الملائمة متاحة لك مجانًا

**French**
Si vous parlez français, des services d'assistance et services auxiliaires appropriés sont mis à votre disposition dans votre langue, gratuitement.

**Polish**
Jeżeli znasz język polski, dostępne są bezpłatnie usługi pomocy językowej oraz odpowiednie dodatkowe środki pomocy i usługi.

**Italian**
Se parli italiano, i servizi di assistenza linguistica e i servizi e gli aiuti ausiliari sono disponibili gratuitamente.

**German**
Wenn Sie Deutsch sprechen, stehen Ihnen kostenlose Sprachassistenzdienste und entsprechende Hilfsmittel und Dienstleistungen zur Verfügung.

**Hindi**
यदि आप हिन्दी बोलते हैं, तो भाषा सहायता सेवाएं और उपयुक्त सहायक उपकरण और सेवाएं आपके लिए मुफ़्त उपलब्ध हैं।

**Gujarati**
જો તમે ગુજરાતી ભાષા બોલો છો, તો ભાષા સહાય સેવાઓ અને યોગ્ય સહાયક મદદ અને સેવાઓ તમારા માટે મફતમાં ઉપલબ્ધ છે.

**Urdu**
اگر آپ اردو بولتے ہیں تو، زبان کی مدد کی خدمات اور مناسب معاون امداد اور خدمات آپ کے لیے مفت دستیاب ہیں۔ پر کال کریں۔

**Greek**
Εάν μιλάτε Ελληνικά, έχετε διαθέσιμες δωρεάν υπηρεσίες γλωσσικής βοήθειας και κατάλληλα βοηθήματα και υπηρεσίες.

Facesheet

# Johnson, Sterling L #4328293 (Acct: 20001750575) (48 years old M) (Adm: 09/19/26 0648)

CHMH ED-BH-03-BH-03

| | | | | |
|---|---|---|---|---|
| Attending Provider: Wu, Jack C, MD<br>Allergies: Shrimp | Isolation: None<br>Code Status: Attempt CPR<br>Service: ED | Ht: 1.905 m (6' 3")<br>Wt: 117.6 kg (259 lb 4.2 oz)<br>Admission Wt: 117.6 kg (259 lb 4.2 oz) | Admission Dx: None<br>Principal Problem: None | BMI: 32.41 kg/m ²<br>BSA: 2.49 m ² |

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Johnson, Sterling L | 4328293 | xxx-xx-1102 | Male | 02/08/78 (48 yrs) |
| **Address** | **Phone** | **Email** | **Employer** | |
| 3827 N SAINT JOSEPH CT<br>~~PEORIA IL 61616-7538~~ | 309-453-1687 (H)<br>309-453-1687 (M) | — | NOT EMPLOYED | |
| **County** | **Race** | **Occupation** | **Emp Status** | |
| Peoria | Black or African American | — | Unknown | |
| **Reg Status** | **PCP** | **Date Last Verified** | **Next Review Date** | |
| Verified | Identified, No Provider | 09/19/26 | 10/19/26 | |
| **Marital Status** | **Language** | | | |
| Single | English | | | |

## Admitting Diagnosis

Admission Diagnosis

## Treatment Team

Not on file

## Ethnicity/Race

| Ethnicity | Race |
|---|---|
| Non-Hispanic, Latino or Spanish origin [12] | Black or African American [2] |

## Emergency Contacts

None on File

## Other Contacts

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| ~~None,Per Pt~~ | ~~Other~~ | ~~309-000-0000~~ | | |

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Johnson, Sterling L | 20001750575 | Emergency | Open | MERIDIAN HEALTH PLAN - MERIDIAN HEALTH PLAN MMCP |

## Guarantor Account (for Hospital Account #20001750575)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Johnson, Sterling L | Self | CFH | Yes | Personal/Family |

| Address | Phone |
|---|---|
| 3827 N SAINT JOSEPH CT<br>PEORIA, IL 61616-7538 | 309-453-1687(H) |

## Coverage Information (for Hospital Account #20001750575)

| F/O Payor/Plan | Precert # |
|---|---|
| MERIDIAN HEALTH PLAN/MERIDIAN HEALTH PLAN MMCP | |

| Subscriber | Relation to Pt | Subscriber # |
|---|---|---|
| Johnson, Sterling L | Self | 177522273 |

Grp #

| Address | Phone |
|---|---|
| PO BOX 4020<br>FARMINGTON, MO 63640-4402 | 866-606-3700 |

4E: Sterling Johnson would like to make a police report. I need help for this as I'm not familiar regarding the procedure. I called the police department in addison st. but she said that they can't take any phone report. She advised me to call 911. I don't know about this.

1:42 PM

Message sent at 1:42 PM.

10 days left

Message expires in 10 days.

Message status isRead

4E: Johnson Sterling would like to speak with you regarding his grievance. He is stating that he was sexually assaulted when he first come here. He verbalized that he was stripped down and asked to turn around. thank you

1:48 PM

Message sent at 1:48 PM.

10 days left

Message expires in 10 days.

Message status is Delivered

OPEN 7 DAYS A WEEK!

All White People
Need These Implant
Elon Musk not Black people

# GPS Microchip For Humans - GPS Implant Facts

**Published Date:** April 12, 2019
**Last Modified On:** August 8, 2026

**By:** Ryan Horban

Ever Eletric Street polls And this End
They Wood
Burn Them Down Gas

## Key Takeaways

5 things to know about GPS microchips for humans

| | |
|---|---|
| 01 | **They do not exist.** No product on the market implants a location tracker under human skin. |
| 02 | **Power is the wall.** GPS needs constant energy and a real antenna. Neither fits in a rice-grain implant. |
| 03 | **RFID and NFC implants are real.** They only work with a scanner inches away, and cannot report location. |

FILED
OCT 26 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


SpaceHawk GPS Tracker For Car
$39.95
Buy on Amazon
Buy Now

05 **If you feel unsafe, tell someone.** A support line can help more than any device on this page.

**Think someone has put a tracker on your car?**
A bug detector sweeps a vehicle in a few minutes and finds transmitting devices you would otherwise miss.

**See the Detector →**

Short answer, before anything else. GPS microchips for humans are not real. No such product exists, anywhere, at any price.

The idea sounds plausible because implants are real and GPS is real. Put them

TRACKING SYSTEM DIRECT

Get A Quote!

Below is what is genuinely possible and what is not. Plus what to do if you have real reason to think you are being followed.

**If you feel unsafe, help is available now**

Worries about being followed are often well founded, and they deserve a real response rather than a gadget. The National Domestic Violence Hotline on 1-800-799-7233 can help. So can the Stalking Prevention, Awareness and Resource Center. If you are in immediate danger, call 911.




SpaceHawk GPS Tracker For Car
$39.95
Buy on Amazon

**FOR THE REAL PROBLEM**

### GPS Tracker Detector

A handheld sweeper for finding transmitting devices hidden on a vehicle. No detector finds an implant, because no implant exists to find.

Sweeps a car in minutes | Detects active transmissions | Handheld | No subscription

Check Price

## What People Mean by a GPS Microchip



An illustration of the idea. There is no product that matches it, and nothing close is in development for consumers.

The imagined device is a tiny implant reporting your position using satellite



SpaceHawk GPS Tracker For Car

Buy on Amazon

$39.95

The comparison people reach for is usually Neuralink, the brain-computer interface company co-founded by Elon Musk. Its implants aim to let people control devices with their thoughts.

That is a genuine advance in putting electronics inside a body. Location is not part of it. A brain implant in a clinical trial and a chip that follows you around a city are separate problems.

## GPS, RFID and NFC Are Not the Same Thing

Most of the confusion comes from three technologies that all sound small, advanced and implantable. Only one of them can report where you are, and that one cannot be implanted.

| RFID | |
|---|---|
| WHAT IT DOES | Stores a small amount of data and transmits it over a short distance |
| WHERE YOU MEET IT | Pet microchips, inventory tags, door badges |
| CAN IT TRACK LOCATION? | No. It needs a scanner close by and reports nothing on its own |

| NFC | |
|---|---|
| WHAT IT DOES | Lets two devices talk at very close range |
| WHERE YOU MEET IT | Contactless payments, keyless entry, digital cards |


SpaceHawk GPS Tracker For Car
Buy on Amazon
$39.95

**Visit Now →**

# Frequently Asked Questions

Are There Any GPS Chips That Can Be Implanted In Humans? +

What Are The Risks Of Implantable Chip Devices? +

What Are Some Potential Uses For Human GPS Trackers? +

Has Any Country Or Company Implanted GPS Tracking Chips In People? +

Are There Any Benefits To GPS Chips Inside Your Body? +



SpaceHawk GPS Tracker For Car

**$39.95**

Buy on Amazon

Quick Links

ne
ut
op
og
Us
or

Policies

cy
rn
ty
ity

Account

ap

Better Business Bureau:

GET IT ON Google Play
Download on the App Store

Tracking System Direct © 2025 | All Rights Reserved.

Privacy Policy Terms & Conditions

## Privacy Preferences

We and our partners share information on your use of this website to help improve your experience. For more information, or to opt out click the Do Not Sell My Information button below.

Consent Do Not Sell My Information



SpaceHawk GPS Tracker For Car

$39.95

Buy on Amazon

| | |
|---|---|
| **WHAT IT DOES** | Receives satellite signals and transmits a position over a cellular network |
| **WHERE YOU MEET IT** | Phones, cars, wearables, asset trackers |
| **CAN IT TRACK LOCATION?** | Yes, and the hardware is far too large and power-hungry to implant |

> **A pet microchip is passive. It sits inert until a vet holds a reader against it. That is the opposite of tracking.**

## Why the Physics Does Not Work

A human GPS chip would have to be a shrunken phone. Receive from satellites, calculate a position, then transmit that position to someone. Each of those steps has a hard limit.

### Continuous power

Receiving and transmitting both draw real current. A battery small enough to implant runs a tracker for hours, not years. There is no practical way to recharge it in place.

### Antenna size

Satellite signals arrive from roughly 12,000 miles up and are extraordinarily weak. Hearing them takes an antenna of a certain size. Physics sets that floor, not engineering budgets.


SpaceHawk GPS Tracker For Car
a Buy on Amazon
$39.95

Knowing your position is useless unless the chip can send it. That needs a cellular radio, which is the most power-hungry part of any tracker.

**The body itself**

Tissue and fluid absorb radio signals. An implant is surrounded by the worst possible material for both receiving and transmitting.

Add biocompatibility and years of safe operation on top, and the gap becomes clear. Going from a passive pet microchip to an always-on transmitter is not a step. The two are different categories of machine.

## If They Ever Existed

Suppose the power and safety problems were solved. The uses people imagine cluster in two places.

In healthcare, continuous monitoring of someone with a serious condition, with readings sent to clinicians. That is a real research field, though the implants being studied measure health data rather than location.

In personal safety, a parent knowing where a child is. Or a caregiver finding someone with dementia who has wandered. The appeal is that an implant cannot be left behind or run flat.

> **The appeal and the danger are the same property. A device that cannot be left behind also cannot be escaped.**


SpaceHawk GPS Tracker For Car
Buy on Amazon
$39.95

Those would need answering before any engineering began.

| Technology | |
|---|---|
| **WHAT IT WOULD INVOLVE** | A miniature under-skin device with reliable positioning and a power source |
| **WHAT WOULD HAVE TO HAPPEN FIRST** | Breakthroughs in battery density, antenna design and biocompatible materials |

| Applications | |
|---|---|
| **WHAT IT WOULD INVOLVE** | Medical monitoring and personal safety, both with live data |
| **WHAT WOULD HAVE TO HAPPEN FIRST** | Proven long-term safety and a clear consent-based purpose |

| Ethics | |
|---|---|
| **WHAT IT WOULD INVOLVE** | Consent, data security and the potential for surveillance misuse |
| **WHAT WOULD HAVE TO HAPPEN FIRST** | Legal frameworks and public debate well ahead of any rollout |

**Worried about a device on your car instead?**

That is the version of this problem that actually happens, and a physical sweep is how you settle it.

See the Detector



SpaceHawk GPS Tracker For Car

Buy on Amazon

**$39.95**

This is the part most articles on the subject skip. If the worry brought you here, the useful answer is not about implants at all.

Covert tracking of people is real, and it happens on vehicles and phones. Both are findable.

**Check the vehicle first**

Wheel wells, under bumpers, inside the OBD2 port under the dash, and in the trunk near the spare. Magnetic units sit on any flat steel surface.

**Check your phone and accounts**

Review location sharing, family-tracking apps and any device signed into your accounts. This is far more common than hardware.

**A detector settles the vehicle question**

A sweeper picks up an actively transmitting device. Faster and more thorough than crawling around with a flashlight.

**Think before you remove it**

If you fear the person who placed it, removing the device tells them you found it. Documenting it first is often the safer move.

⚠ **Find something? Document it before you touch it**

Photograph the device where it sits, note the date and time, and contact local law enforcement. If a partner or ex may have placed it, speak to a domestic violence advocate before removing it. They can help you plan


SpaceHawk GPS Tracker For Car
Buy on Amazon
$39.95

## The Honest Outlook

The world is not about to chip and track people the way it chips pets. A pet chip does not track anything, which is the part the comparison always gets wrong.

Implantable location tracking is decades away at best. The power and antenna limits may never be solved at that size. Nothing currently in development changes that.

What does exist is ordinary and much less dramatic. Phones, wearables and vehicle trackers, all of which you can see, hold and switch off.

> *In fifteen years I have never seen an implanted tracker, because there is no such product. Every real case I have dealt with was a device on a car.*

**RH** Ryan Horban
GPS Tracking Expert

## Settle the question in a few minutes

Suspect a tracker on your vehicle? A handheld detector sweeps for transmitting devices and gives a straight answer.

**Check Price**



SpaceHawk GPS Tracker For Car

**$39.95**

Buy on Amazon

Review via PubMed Central, implantable devices for health monitoring.

U.S. government, GPS.gov space segment, on satellite altitude and signal characteristics.

Neuralink, company site, on brain-computer interface implants.

## About the Author



### Ryan Horban

GPS Tracking Expert   15+ Years Experience

Written by Ryan Horban, GPS Technology Research Specialist (15+ Years of Experience)

GPS tracking technology is often surrounded by misinformation, especially when it comes to claims about implantable human tracking chips. For more than 15 years, I've researched GPS tracking systems, RFID and NFC technologies, vehicle trackers, and emerging location-based innovations.

This guide explains the facts behind GPS microchips for humans, the technical limitations that prevent implantable GPS tracking today, and how these concepts differ from real-world identification and tracking technologies.

The goal is to separate science from speculation using current technology and


SpaceHawk GPS Tracker For Car
Buy on Amazon
$39.95

OPEN 7 DAYS A WEEK!

TRACKING SYSTEM DIRECT

Get A Quote!

# GPS Microchip For Humans - GPS Implant Facts

**Published Date:** April 12, 2019
**Last Modified On:** August 8, 2026

**By:** Ryan Horban

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Key Takeaways

5 things to know about GPS microchips for humans

01 **They do not exist.** No product on the market implants a location tracker under human skin.

02 **Power is the wall.** GPS needs constant energy and a real antenna. Neither fits in a rice-grain implant.

03 **RFID and NFC implants are real.** They only work with a scanner inches away, and cannot report location.

04 **Real covert tracking happens on vehicles,** not in bodies. That is a solvable problem with a physical search.



SpaceHawk GPS Tracker For Car

**$39.95**

Buy on Amazon

Buy Now

**Think someone has put a tracker on your car?**

A bug detector sweeps a vehicle in a few minutes and finds transmitting devices you would otherwise miss.

**See the Detector →**

Short answer, before anything else. GPS microchips for humans are not real. No such product exists, anywhere, at any price.

The idea sounds plausible because implants are real and GPS is real. Put them together and it feels like a small step. The physics say otherwise, and the gap is much wider than "the technology is not ready yet."

Below is what is genuinely possible and what is not. Plus what to do if you have real reason to think you are being followed.

**If you feel unsafe, help is available now**

Worries about being followed are often well founded, and they deserve a real response rather than a gadget. The National Domestic Violence Hotline on 1-800-799-7233 can help. So can the Stalking Prevention, Awareness and Resource Center. If you are in immediate danger, call 911.




SpaceHawk GPS Tracker For Car
Buy on Amazon
$39.95

finds an implant, because no implant exists to find.

**Sweeps a car in minutes** | **Detects active transmissions** | **Handheld** | **No subscription**

**Check Price**

## What People Mean by a GPS Microchip



An illustration of the idea. There is no product that matches it, and nothing close is in development for consumers.

The imagined device is a tiny implant reporting your position using satellite positioning. That is a concept, not a product. Nothing on sale does this.



SpaceHawk GPS Tracker For Car

Buy on Amazon

**$39.95**

That is a genuine advance in putting electronics inside a body. Location is not part of it. A brain implant in a clinical trial and a chip that follows you around a city are separate problems.

## GPS, RFID and NFC Are Not the Same Thing

Most of the confusion comes from three technologies that all sound small, advanced and implantable. Only one of them can report where you are, and that one cannot be implanted.

| | RFID |
|---|---|
| **WHAT IT DOES** | Stores a small amount of data and transmits it over a short distance |
| **WHERE YOU MEET IT** | Pet microchips, inventory tags, door badges |
| **CAN IT TRACK LOCATION?** | No. It needs a scanner close by and reports nothing on its own |

| | NFC |
|---|---|
| **WHAT IT DOES** | Lets two devices talk at very close range |
| **WHERE YOU MEET IT** | Contactless payments, keyless entry, digital cards |
| **CAN IT TRACK LOCATION?** | No. The range is a few inches |

| | GPS |
|---|---|



SpaceHawk GPS Tracker For Car

$39.95

Buy on Amazon

| | |
|---|---|
| **CAN IT TRACK LOCATION?** | Yes, and the hardware is far too large and power-hungry to implant |

> **A pet microchip is passive. It sits inert until a vet holds a reader against it. That is the opposite of tracking.**

## Why the Physics Does Not Work

A human GPS chip would have to be a shrunken phone. Receive from satellites, calculate a position, then transmit that position to someone. Each of those steps has a hard limit.

**Continuous power**

Receiving and transmitting both draw real current. A battery small enough to implant runs a tracker for hours, not years. There is no practical way to recharge it in place.

**Antenna size**

Satellite signals arrive from roughly 12,000 miles up and are extraordinarily weak. Hearing them takes an antenna of a certain size. Physics sets that floor, not engineering budgets.

**Transmitting out**



SpaceHawk GPS Tracker For Car

Buy on Amazon

**$39.95**

> **The body itself**
>
> Tissue and fluid absorb radio signals. An implant is surrounded by the worst possible material for both receiving and transmitting.

Add biocompatibility and years of safe operation on top, and the gap becomes clear. Going from a passive pet microchip to an always-on transmitter is not a step. The two are different categories of machine.

## If They Ever Existed

Suppose the power and safety problems were solved. The uses people imagine cluster in two places.

In healthcare, continuous monitoring of someone with a serious condition, with readings sent to clinicians. That is a real research field, though the implants being studied measure health data rather than location.

In personal safety, a parent knowing where a child is. Or a caregiver finding someone with dementia who has wandered. The appeal is that an implant cannot be left behind or run flat.

> **The appeal and the danger are the same property. A device that cannot be left behind also cannot be escaped.**

That same permanence is what makes it uncomfortable. A device you cannot remove, that always knows where you are, raises hard questions about consent and access.



SpaceHawk GPS Tracker For Car

Buy on Amazon

**$39.95**

findable.

### Check the vehicle first

Wheel wells, under bumpers, inside the OBD2 port under the dash, and in the trunk near the spare. Magnetic units sit on any flat steel surface.

### Check your phone and accounts

Review location sharing, family-tracking apps and any device signed into your accounts. This is far more common than hardware.

### A detector settles the vehicle question

A sweeper picks up an actively transmitting device. Faster and more thorough than crawling around with a flashlight.

### Think before you remove it

If you fear the person who placed it, removing the device tells them you found it. Documenting it first is often the safer move.

### ⚠ Find something? Document it before you touch it

Photograph the device where it sits, note the date and time, and contact local law enforcement. If a partner or ex may have placed it, speak to a domestic violence advocate before removing it. They can help you plan around the safety risk that discovery creates.


SpaceHawk GPS Tracker For Car

**$39.95**

Buy on Amazon

| | |
|---|---|
| **WHAT IT WOULD INVOLVE** | A miniature under-skin device with reliable positioning and a power source |
| **WHAT WOULD HAVE TO HAPPEN FIRST** | Breakthroughs in battery density, antenna design and biocompatible materials |

### Applications

| | |
|---|---|
| **WHAT IT WOULD INVOLVE** | Medical monitoring and personal safety, both with live data |
| **WHAT WOULD HAVE TO HAPPEN FIRST** | Proven long-term safety and a clear consent-based purpose |

### Ethics

| | |
|---|---|
| **WHAT IT WOULD INVOLVE** | Consent, data security and the potential for surveillance misuse |
| **WHAT WOULD HAVE TO HAPPEN FIRST** | Legal frameworks and public debate well ahead of any rollout |

**Worried about a device on your car instead?**

That is the version of this problem that actually happens, and a physical sweep is how you settle it.

See the Detector

## What to Do if You Think You Are Being Tracked



SpaceHawk GPS Tracker For Car

**$39.95**

Buy on Amazon

## About the Author



# Ryan Horban

GPS Tracking Expert

15+ Years Experience

**Written by Ryan Horban, GPS Technology Research Specialist (15+ Years of Experience)**

GPS tracking technology is often surrounded by misinformation, especially when it comes to claims about implantable human tracking chips. For more than 15 years, I've researched GPS tracking systems, RFID and NFC technologies, vehicle trackers, and emerging location-based innovations.

This guide explains the facts behind GPS microchips for humans, the technical limitations that prevent implantable GPS tracking today, and how these concepts differ from real-world identification and tracking technologies.

The goal is to separate science from speculation using current technology and practical engineering principles.


SpaceHawk GPS Tracker For Car
$39.95
Buy on Amazon

not track anything, which is the part the comparison always gets wrong.

Implantable location tracking is decades away at best. The power and antenna limits may never be solved at that size. Nothing currently in development changes that.

What does exist is ordinary and much less dramatic. Phones, wearables and vehicle trackers, all of which you can see, hold and switch off.

> *In fifteen years I have never seen an implanted tracker, because there is no such product. Every real case I have dealt with was a device on a car.*

RH **Ryan Horban**
GPS Tracking Expert

## Settle the question in a few minutes

Suspect a tracker on your vehicle? A handheld detector sweeps for transmitting devices and gives a straight answer.

Check Price

**SOURCES**

American Veterinary Medical Association, Microchipping FAQ, on how passive pet microchips actually work.



SpaceHawk GPS Tracker For Car

**$39.95**

Buy on Amazon

# Frequently Asked Questions

Are There Any GPS Chips That Can Be Implanted In Humans? +

What Are The Risks Of Implantable Chip Devices? +

What Are Some Potential Uses For Human GPS Trackers? +

Has Any Country Or Company Implanted GPS Tracking Chips In People? +

Are There Any Benefits To GPS Chips Inside Your Body? +

## Helping You Stay Connected

Since 2008, we've helped millions of people across the U.S. and Canada track what matters. Whether it's a fleet, a car, or a loved one—our GPS experts are here to help you choose the right device.



**SpaceHawk GPS Tracker For Car**

**$39.95**

Buy on Amazon

ne
ut
op
og
Us
or

cy
rn
ity
ity

ap

Better Business Bureau:

GET IT ON Google Play
Download on the App Store

Tracking System Direct © 2025 | All Rights Reserved.

Privacy Policy Terms & Conditions

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Immunocompromised individuals 6 months through 11 years of age:** Additional doses of Moderna COVID-19 Vaccine may be administered. For more information, talk to your child's healthcare provider.

**WHO SHOULD NOT GET MODERNA COVID-19 VACCINE?**
Your child should not get Moderna COVID-19 Vaccine if your child had:

- a severe allergic reaction after a previous dose of any Moderna COVID-19 vaccine.
- a severe allergic reaction to any ingredient in these vaccines.

**WHAT ARE THE INGREDIENTS IN THIS VACCINE?**
Moderna COVID-19 Vaccine contains the following ingredients: messenger ribonucleic acid (mRNA), lipids (SM-102, polyethylene glycol [PEG] 2000 dimyristoyl glycerol [DMG], cholesterol, and 1,2-distearoyl-sn-glycero-3-phosphocholine [DSPC]), tromethamine, tromethamine hydrochloride, acetic acid, sodium acetate trihydrate, and sucrose.

**HAS THIS VACCINE BEEN USED BEFORE?**
Millions of individuals 6 months of age and older have received a Moderna COVID-19 vaccine under EUA. In clinical trials, approximately 5,000 individuals 6 months through 5 years of age, 4,000 individuals 6 years through 11 years of age, and 30,000 individuals 12 years of age and older have received at least 1 dose of Moderna COVID-19 Vaccine (Original monovalent).[4]

**WHAT ARE THE BENEFITS OF MODERNA COVID-19 VACCINE?**
FDA has authorized Moderna COVID-19 Vaccine to provide protection against COVID-19.

The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF MODERNA COVID-19 VACCINE?**
There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose. For this reason, the vaccination provider may ask your child to stay at the place where your child received the vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:

- Difficulty breathing
- Swelling of the face and throat
- A fast heartbeat
- A bad rash all over the body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received mRNA COVID-19 vaccines, including Moderna COVID-19 Vaccine. Myocarditis and pericarditis following administration of mRNA COVID-19 vaccines have occurred most commonly in males 12 years through 24 years of age. In most of these people, symptoms began within a week following vaccination. Based on available

[4] Moderna COVID-19 Vaccine (Original monovalent) refers to Moderna COVID-19 Vaccine that encodes the spike protein of only the Original SARS-CoV-2. This vaccine is no longer authorized for use in the United States.

ourselves every day.

smartlink

(https://smartlinkgroup.com)

# Smartlink Experience — Proven. Trusted. Relentless.

Smartlink's experience is built from the ground up. For more than two decades, we've operated at the center of America's digital infrastructure buildout—supporting the networks that keep the country connected.

FILED

OCT 2 6 2026

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS




Built In The Field

- Thousands of projects delivered nationwide
- Experience spanning rural fiber deployments, urban rooftops, and large-scale infrastructure programs



### We win together

Sales, delivery, operations, and leadership move as one team. Alignment and trust power everything we do.

### We protect what matters

Safety, integrity, and reputation are non-negotiable. We play the long game—no shortcuts, ever.

### We raise the bar - constantly

Good enough isn't good enough. We evolve faster than the market and expect more from

smart link

nk delivers

(https://smartlinkgroup.com)



smartlink (https://smartlinkgroup.com) Local operators empowered to make decisions and drive outcomes

Built to Win

# The Smartlink Culture

Winning isn't a slogan at Smartlink — it's how we operate. Our culture is built on preparation, accountability, and execution. We don't rely on hype or shortcuts. We do the work, and we do it right.

## We lead, we don't follow

We set the pace across digital infrastructure. Our standard is excellence, and our benchmark is being the best.

## We move fast — with purpose

Urgency matters. We deliver with clarity, control, and momentum when it counts most.

## We're measured by results

Effort is expected. Outco[illegible]te, with customers, and across the business.

smartlink

(https://smartlinkgroup.com)



smartlink Centralized systems for visibility, control, and speed

(https://smartlinkgroup.com)

smartlink

(https://smartlinkgroup.com)



Consistent delivery standards, safety protocols, and performance expectations nationwide

smartlink

(https://smartlinkgroup.com)

Proven ability to deploy and support large, complex programs—anywhere in the country

## Local Precision

- Regional teams embedded in the markets they serve
- Deep knowledge of local jurisdictions, permitting, entitlements, and field conditions
- On-the-ground execution backed by national resources and leadership support

# Where Scale Meets Execution

(https://smartlinkgroup.com)




Coverage across the full digital infrastructure landscape: wireless, wireline, fiber, and data centers

smartlink
(https://smartlinkgroup.com)

# The Smartlink Difference



Nationwide reach. Local execution. No compromises.

## Smartlink operates across the U.S. with the systems, standards, and experience to deliver at scale, while executing every project with local precision where results happen.

## Index

| | |
|---|---|
| Ack Orders | Active Orders |
| Signed and Held | Curent Meds |
| I/O & Lab Results | Req Doc |
| Tasks | Problem List |
| Allergies | History |
| Tx Team | Blood Admin |
| Documents | SmartLink Reference |
| SBAR | Immunizations |
| Procedure Notes | CDC PPD Interpretation |
| Patient Belongings | Covid Vax Form (1st Dose) |

## Medications

### Scheduled

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| divalproex (DEPAKOTE) DR tablet 500 mg | 500 mg, PO, Q12H SCH | Ordered |
| risperiDONE (RisperDAL) tablet 1 mg | 1 mg, PO, BID | Ordered |
| thiamine (VITAMIN B-1) injection 100 mg | 100 mg, IM, Daily | Ordered |

### PRN

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen (TYLENOL) tablet 1,000 mg | 1,000 mg, PO, Q6H PRN | Ordered |
| albuterol inhaler 2 puff | 2 puff, IN, Q4H PRN | Ordered |
| aluminum-magnesium hydroxide-simethicone (MAALOX PLUS) 200-200-20 MG/5ML suspension 30 mL | 30 mL, PO, Q6H PRN | Ordered |
| haloperidol (HALDOL) tablet 5 mg | 5 mg, PO, Q6H PRN | Ordered |
| LORazepam (ATIVAN) tablet 2 mg | 2 mg, PO, Q6H PRN | Ordered |
| nicotine (COMMIT) lozenge 4 mg | 4 mg, MT, Q4H PRN | Ordered |
| sennosides (SENOKOT) tablet 17.2 mg | 17.2 mg, PO, Nightly PRN | Ordered |
| traZODone (DESYREL) tablet 50 mg | 50 mg, PO, Nightly PRN | Ordered |

STATE OF ILLINOIS, PEORIA COUNTY
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS
vs.
STERLING L JOHNSON

CASE NO: 2026CM446
City of Peoria Police Department 26-16517

AKA X DAMEKA, STERLING JOHNSON, STERLING A JOHNSON, STERLING DAMON JOHNSON, STERLING EARL JOHNSON, STERLING L JOHNSON, STERLING LOUIS JOHNSON, STERLING REMON JOHNSON, JOHNSON, STERLING L, JOHNSON, STERLING LO, DERRICK O PAYTON P35017461252 , DERRICK PAYTON, JOHNSON STERLING, JOHNSON L STERLING, LOUIS JOHNSON STERLING
414 NE JEFFERSON
PEORIA IL 61603
DOB: 02/08/1978 RACE: BLACK SEX: MALE
HGT: 6 Ft. 3 In. WGT: 273 Lbs. EYES: BROWN HAIR: BLACK
NTA 5-13-2026 10:00 A.M. COURTROOM 321
DEFENDANT

FILED
ROBERT M. SPEARS
MAY 08 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INFORMATION**

The undersigned charges in Count 1 of 1 that on or about March 31, 2026

In said Peoria County, State of Illinois,

**STERLING L JOHNSON**

Committed the offense of

BATTERY — a Class A Misdemeanor

IN THAT HE, WITHOUT LEGAL JUSTIFICATION, KNOWINGLY MADE PHYSICAL CONTACT OF AN INSULTING OR PROVOKING NATURE WITH BRANDON KNIGHT, IN THAT HE STRUCK BRANDON KNIGHT WHILE AT THE 400 BLOCK OF JEFFERSON AVE, PEORIA, ILLINOIS

In violation of
720 ILCS 5/12-3(a)(2) Illinois Compiled Statutes

The undersigned, on oath, states that the allegations herein are true. JODI HOOS, STATE'S ATTORNEY

Sworn to me on 5/7/2026 (Date)

By [signature]
Assistant State's Attorney

Lynn E Craig
Notary Public (seal)

OFFICIAL SEAL
LYNN E CRAIG
Notary Public, State of Illinois
Commission No. 921747
My Commission Expires December 06, 2028

☐ Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $________.
☐ Clerk shall prepare and issue a Warrant for Arrest based on a finding of probably cause and bond is set at $________.
☐ Summons to issue for Appearance on at AM/PM Courtroom________.
☐ Other: ________

Entered (date) Judge

FILED
OCT 26 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS