E-FILED
Monday, 26 October, 2026 03:46:46 PM
Clerk, U.S. District Court, ILCD

STERLING L JOHNSON

PLAINTIFF,

VS

PEOPLE OF THE STATE OF ILLINOIS

JUDGE; CARYN J KAMP ; CASE NO; 2026-MT-0000277,

FILED
ROBERT M. SPEARS
APR 06 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

TAMPER WITH; LIBRARY PC RESERVATION RECEIPT

PIN;8331

PC;MPUBLIC10

NEW PC NUMBER; PC RESERVATION RECEIPT

PC;MPUBLIC10

DATE; 4/6/2026

TIME; 2;30

MOTION; CONSTITUTION/ AND CONSTUTION'S AND THE DNA OF THEN AND NOW THE IDENTIFICATION OF CITIZEN/CITIZEN'S WERE THE UNITED STATE TIME OF THEN THE CONSTITUTION BECAME THE THEN INTO THE NOW WITH THE TIME OF TO DAY THAT CAN PLACE THE DNA OF THE CITIZEN BY DNA AND ALSO BY THE TIMING IN ONE THE OWNER AND FOUNDER'S OF THE BLACK REPBLICAN PARTY .

BLACK REPUBLICAN PARTY MEMBER; STERLING LEWIS JOHNSON

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sterling L Johnson

Owner of Newfoundland / The Cut off point of the land of Mexico THAT CONNECTS TO CANADA THAT SEPARATE CANADA FROM MY NEWFOUNDLAND THAT CONNECT TO MEXICO AND COME TOGETHER WITH THE NEWFOUNDLAND ON THE ENDING POINT OF CANADA THAT COME TOGETHER ALL BEING NEWFOUNDLAND THAT NOW OWNER BEING STERLING L JOHNSON.

ON the outside of Mexico Land that separate The United State of America ; American from Mexico THE Wall Newfoundland point that connects with Canada where the Newfoundland Connect with Canada ending point of Canada AND The Newfoundland began entail water is discovered And that Newfoundland become Own by Sterling L Johnson my Newfoundland become Visual to the eye owner being Sterling l JOHNSON.

Record Office; Peoria Illinois Robert Spears

4/17/2026

Time 10;27

FILED
ROBERT M. SPEARS
APR 17 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

RECEIVED
APR 17 2026
STATE'S ATTORNEY'S OFFICE
PEORIA IL


USA
Alexi Giannoulias • Secretary of State
DRIVER'S LICENSE
ILLINOIS


ILLINOIS
Alexi Giannoulias • Secretary of State
USA
DRIVER'S LICENSE
Federal Limits Apply
4d LIC NO: J525-7927-8039
3 DOB: 02/08/1978
4b EXP: 02/08/2030
4a ISS: 12/02/2025
1 JOHNSON
2 STERLING L
8 601 SW ADAMS ST
PEORIA, IL 61602
9 CLASS: D
END: NONE
12 REST: NONE
15 SEX: M
16 HGT: 6'-03"
17 WGT: 280 lbs
18 EYES: BRN
TYPE: ORG
5 DD 20251202201PO3513

STERLING L JOHNSON

PLAINTIFF,

VS

PEOPLE OF THE STATE OF ILLINOIS

RECEIVED

APR 06 2026

STATE'S ATTORNEY'S OFFICE
PEORIA IL

JUDGE; CARYN J KAMP ; CASE NO; 2026-MT-0000277,

TAMPER WITH; LIBRARY PC RESERVATION RECEIPT

PIN;8331

PC;MPUBLIC10

FILED

OCT 2 6 2026

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NEW PC NUMBER; PC RESERVATION RECEIPT

PC;MPUBLIC10

DATE; 4/6/2026

TIME; 2;30

MOTION; CONSTITUTION/ AND CONSTUTION'S AND THE DNA OF THEN AND NOW THE IDENTIFICATION OF CITIZEN/CITIZEN'S WERE THE UNITED STATE TIME OF THEN THE CONSTITUTION BECAME THE THEN INTO THE NOW WITH THE TIME OF TO DAY THAT CAN PLACE THE DNA OF THE CITIZEN BY DNA AND ALSO BY THE TIMING IN ONE THE OWNER AND FOUNDER'S OF THE BLACK REPBLICAN PARTY .

BLACK REPUBLICAN PARTY MEMBER; STERLING LEWIS JOHNSON

From The Top of The Constituion
To The Bottom on everyone

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# CONSTITUTION
## OF THE UNITED STATES

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

### Article. I.

**Section. 1.** All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

**Section. 2.** The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

[Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.]* The actual Enumeration

*Changed by section 2 of the Fourteenth Amendment.

2026 CM 448

| | | | |
|---|---|---|---|
| **JOHNSON, STERLING L** | SO 00090326 | | DL IL-J52579278039 |
| *a.k.a.* JOHNSON, S | DOB 02/08/1978 | | SSN 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 |
| | Desc B M 6'3" 273 | | State IIL-IL34469130 |
| | Person ID 109175;157633;17 | Party ID | 54788 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2603264** | Booked 05/27/2026 | Released | Days Confined 2 | | | |
| | FAILURE TO APPEAR | | | (L) | 05/27/2026 | |
| **2601970** | Booked 03/31/2026 | Released 04/01/2026 | Days Confined 2 | | | |
| | BATTERY-bodily harm | | | (A) | 03/31/2026 | |
| **2601827** | Booked 03/24/2026 | Released 03/26/2026 | Days Confined 3 | | | |
| | FAILURE TO APPEAR | | | (L) | 03/24/2026 | |
| **2600773** | Booked 02/06/2026 | Released 02/06/2026 | Days Confined 1 | | | |
| | DRIVING ON SUSPENDED LICENSE | | | (A) | 02/06/2026 | |
| | IMPROPER TRAFFIC LANE USAGE | | | (P) | 02/06/2026 | |
| **2404775** | Booked 08/11/2024 | Released 08/13/2024 | Days Confined 3 | | | |
| | HOLD DEPT CORRECTIONS | | | (L) | 08/11/2024 | |
| **2402511** | Booked 05/04/2024 | Released 05/04/2024 | Days Confined 1 | | | |
| | BATTERY-bodily harm | | | (A) | 05/03/2024 | |
| **2402339** | Booked 04/25/2024 | Released 04/26/2024 | Days Confined 2 | | | |
| | FAILURE TO APPEAR | | | (L) | 04/25/2024 | |
| **2400942** | Booked 02/19/2024 | Released 02/20/2024 | Days Confined 2 | | | |
| | RETAIL THEFT<$300/PRECONV | | | (A) | 02/19/2024 | |
| **1603645** | Booked 05/16/2016 | Released 09/27/2018 | Days Confined 865 | | | |
| | HOME INVASION/FIREARM | | | (X) | 05/16/2016 | |
| | UNLAWFUL POSSESSION OF WEAPON BY A FELON | | | (3) | 05/16/2016 | |
| | POSSESSION OF A STOLEN FIREARM | | | (2) | 05/16/2016 | |
| **1603144** | Booked 04/27/2016 | Released 04/27/2016 | Days Confined 1 | | | |
| | CRIM TRESPASS TO STATE LAND | | | (A) | 04/27/2016 | |

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**JOHNSON, STERLING L**

*a.k.a.* JOHNSON, S

SO 00090326

DOB 02/08/1978

Desc B M 6'3" 273

Person ID 109175;157633;17

DL IL-J52579278039

SSN 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

State IIL-IL34469130

Party ID 54788

| | | | |
|---|---|---|---|
| **1403825** | Booked 05/20/2014 Released 09/18/2014 Days Confined 122 | | |
| | AGGRAVATED ASSAULT CORR/PROBATION OFF | (4) | 05/20/2014 |
| | CRIM TRESPASS TO STATE LAND | (A) | 05/20/2014 |
| | AGG INTIMIDATION CORR EMPLOYEE | (2) | 05/20/2014 |
| | HOLD DEPT CORRECTIONS | (L) | 05/21/2014 |
| **071560734** | Booked 07/24/2007 Released 09/27/2007 Days Confined 66 | | |
| | AGG BATTERY/GREAT BODILY HARM | (3) | 07/24/2007 |
| | MISD ESCAPE/PEACE OFFICER | (A) | 07/24/2007 |
| | RESIST/PEACE OFFICER/CORR EMP | (A) | 07/24/2007 |
| **07155159X** | Booked 07/04/2007 Released 07/05/2007 Days Confined 2 | | |
| | CRIM TRESPASS TO STATE LAND | (A) | 07/04/2007 |
| **071468951** | Booked 12/27/2006 Released 06/09/2007 Days Confined 165 | | |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | FAILURE TO APPEAR | (L) | 12/27/2006 |
| | CRIMINAL TRESPASS TO LAND | (B) | 12/27/2006 |
| | RESIST/PEACE OFFICER/CORR EMP | (A) | 12/27/2006 |
| | CRIM TRES TO RES/PERS PRESENT | (4) | 12/27/2006 |
| **071451641** | Booked 11/10/2006 Released 11/11/2006 Days Confined 2 | | |
| | OBSTRUCTING AN OFFICER | (A) | 11/10/2006 |
| | FAILURE TO APPEAR | (L) | 11/10/2006 |
| | FAILURE TO APPEAR | (L) | 11/10/2006 |
| | RESIST/PEACE OFFICER/CORR EMP | (A) | 11/10/2006 |
| **071442286** | Booked 10/21/2006 Released 10/21/2006 Days Confined 1 | | |
| | CRIMINAL TRESPASS TO LAND | (B) | 10/20/2006 |
| **071411739** | Booked 08/21/2006 Released 08/28/2006 Days Confined 8 | | |
| | AGG BATTERY/GREAT BODILY HARM | (3) | 08/21/2006 |
| | MOB ACTION/VIOLENCE | (4) | 08/21/2006 |
| | FAILURE TO APPEAR | (L) | 08/21/2006 |
| | FAILURE TO APPEAR | (L) | 08/21/2006 |
| | FAILURE TO APPEAR | (L) | 08/21/2006 |
| | FAILURE TO APPEAR | (L) | 08/21/2006 |

| | | | |
|---|---|---|---|
| | OPERATE UNINSURED MTR VEHICLE | (U) | 08/21/2006 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 08/21/2006 |
| | HEAD/TAIL/SIDELIGHT/1ST,2ND | (P) | 08/21/2006 |
| | RECKLESS DRIVING | (A) | 08/21/2006 |

| | | | |
|---|---|---|---|
| **071404856** | Booked 08/07/2006 Released 08/07/2006 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 08/07/2006 |
| | FAILURE TO APPEAR | (L) | 08/07/2006 |
| | FAILURE TO APPEAR | (L) | 08/07/2006 |
| | FAILURE TO APPEAR | (L) | 08/07/2006 |

| | | | |
|---|---|---|---|
| **071395555** | Booked 07/22/2006 Released 07/22/2006 Days Confined 1 | | |
| | OBSTRCT JUSTICE/INDUCE WITNESS | (4) | 07/21/2006 |

| | | | |
|---|---|---|---|
| **071394540** | Booked 07/20/2006 Released 07/20/2006 Days Confined 1 | | |
| | DRIVING ON SUSPENDED LICENSE | (A) | 07/20/2006 |

**JOHNSON, STERLING L** | SO 00090326 | DL IL-J52579278039
a.k.a. JOHNSON, S | DOB 02/08/1978 | SSN 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
Desc B M 6'3" 273 | State IIL-IL34469130
Person ID 109175;157633;1 | Party ID 54788

| | | | |
|---|---|---|---|
| **071386696** | Booked 07/05/2006 Released 07/05/2006 Days Confined 1 | | |
| | IMPROPER TRAFFIC LANE USAGE | (P) | 07/05/2006 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 07/05/2006 |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 07/05/2006 |
| **07133713X** | Booked 03/26/2006 Released 04/19/2006 Days Confined 25 | | |
| | RESIST/PEACE OFFICER/CORR EMP | (A) | 03/26/2006 |
| | AGG BTRY/OFFICER/EMPL/GOVT | (3) | 03/26/2006 |
| | DISORDERLY CONDUCT | (C) | 03/26/2006 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 03/26/2006 |
| | FIREARM W/O VALID FOID/ELIG | (A) | 03/26/2006 |
| | OBSTRUCTING AN OFFICER | (A) | 03/26/2006 |
| | FAILURE TO APPEAR | (L) | 03/26/2006 |
| | FAILURE TO APPEAR | (L) | 03/26/2006 |
| **071325263** | Booked 03/02/2006 Released 03/02/2006 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| **071305858** | Booked 01/23/2006 Released 01/24/2006 Days Confined 2 | | |
| | DRIVING ON SUSPENDED LICENSE | (A) | 01/23/2006 |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 01/23/2006 |
| **071285520** | Booked 12/10/2005 Released 12/10/2005 Days Confined 1 | | |
| | DRIVING ON SUSPENDED LICENSE | (A) | 12/10/2005 |
| **071264418** | Booked 10/24/2005 Released 10/26/2005 Days Confined 3 | | |
| | POSS AMT CON SUB EXCEPT(A)/(D) | (4) | 10/24/2005 |
| | OBSTRUCTING AN OFFICER | (A) | 10/24/2005 |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 10/24/2005 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 10/24/2005 |
| **071262423** | Booked 10/20/2005 Released 10/20/2005 Days Confined 1 | | |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 10/20/2005 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 10/20/2005 |
| | DISP REGIS PLATE/DECAL/1ST,2ND | (P) | 10/20/2005 |
| **071233466** | Booked 08/25/2005 Released 08/26/2005 Days Confined 2 | | |
| | HOME INVASION/ARMED/FORCE | (X) | 08/25/2005 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 08/25/2005 |
| **071209751** | Booked 07/12/2005 Released 07/12/2005 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 07/12/2005 |

| | | | |
|---|---|---|---|
| **071183353** | Booked 05/21/2005 Released 05/21/2005 Days Confined 1 | | |
| | RECKLESS DRIVING | (A) | 05/21/2005 |
| | DISREG OFFL TRAFFIC-CON DEVICE | (P) | 05/21/2005 |
| | FAIL OBEY STOP SIGN | (P) | 05/21/2005 |

**JOHNSON, STERLING L** SO 00090326 DL IL-J52579278039
a.k.a. JOHNSON, S DOB 02/08/1978 SSN 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
Desc B M 6'3" 273 State IIL-IL34469130
Person ID 109175;157633;17 Party ID 54788

| | | | |
|---|---|---|---|
| **071169210** | Booked 04/20/2005 Released 04/22/2005 Days Confined 3 | | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) | 04/20/2005 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 04/20/2005 |
| **07112506X** | Booked 01/13/2005 Released 01/13/2005 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 01/13/2005 |
| **071006788** | Booked 04/24/2004 Released 04/28/2004 Days Confined 5 | | |
| | PAROLE HOLD | (L) | 04/24/2004 |
| | POSSESS DRUG PARAPHERNALIA | (A) | 04/24/2004 |
| **070844127** | Booked 05/10/2003 Released 05/15/2003 Days Confined 6 | | |
| | POSS CANNABIS/30-500 GRAM/1ST | (4) | 05/09/2003 |
| | CAS DEL CAN/30-500 GRAMS/1ST | (4) | 05/09/2003 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 05/09/2003 |
| | HOLD DEPT CORRECTIONS | (L) | 05/09/2003 |
| **070006768** | Booked 08/28/1998 Released 01/07/1999 Days Confined 133 | | |
| | VIO PROBATION | (L) | |
| | AGG DISCHARGE FIREARM/OCC BLDG | (1) | |
| | AGG ASSAULT/CORRECTIONAL OFF | (4) | |
| | KNOWINGLY DAMAGE PROP<$300 | (A) | |
| | AGG BATTERY/PEACE OFF/FIREMAN | (3) | |
| **069989818** | Booked 07/21/1998 Released 08/07/1998 Days Confined 18 | | |
| | MURDER/OTHER FORCIBLE FELONY | (M) | |
| | MURDER/OTHER FORCIBLE FELONY | (M) | |
| | FELON POSS/USE WEAPON/FIREARM | (3) | |
| | AGG BATTERY/GREAT BODILY HARM | (3) | |
| | AGG BATTERY/GREAT BODILY HARM | (3) | |
| | MOB ACTION/VIOLENCE | (4) | |
| | INTIMIDATION/PHYSICAL HARM | (3) | |
| | AGG DISCHARGE FIREARM/OCC BLDG | (1) | |
| | AGG BATTERY W/FIREARM/PERSON | (X) | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) | |
| | AGG BATTERY/GREAT BODILY HARM | (3) | |
| | AGG BATTERY/WEAPON/NO FIREARM | (3) | |
| | FELON POSS/USE WEAPON/FIREARM | (3) | |
| **069982961** | Booked 07/09/1998 Released 07/09/1998 Days Confined 1 | | |
| | CRIMINAL TRESPASS TO LAND | (B) | |
| | DISORDERLY CONDUCT | (C) | |
| **069949689** | Booked 05/07/1998 Released 06/24/1998 Days Confined 49 | | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) | |

| | | | |
|---|---|---|---|
| | FAILURE TO APPEAR | | (L) |
| | DRIVING ON REVOKED LICENSE | | (A) |
| | OPERATE UNINSURED MTR VEHICLE | | (U) |
| | OPERATE UNINSURED MTR VEHICLE | | (U) |

| | | | |
|---|---|---|---|
| **069943672** | Booked 04/24/1998 | Released 04/24/1998 | Days Confined 1 |
| | FAILURE TO APPEAR | | (L) |
| | CRIM TRESPASS TO STATE LAND | | (A) |
| | DRIVING ON REVOKED LICENSE | | (A) |
| | FAIL YIELD R-WAY/EMER ALLEY | | (P) |

| | | | |
|---|---|---|---|
| **06994234X** | Booked 04/21/1998 | Released 04/21/1998 | Days Confined 1 |
| | FAILURE TO APPEAR | | (L) |

**JOHNSON, STERLING L** — SO 00090326 — DL IL-J52579278039

*a.k.a.* JOHNSON, ST — DOB 02/08/1978 — SSN 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

Desc B M 6'3" 273 — State IIIL-IL34469130

Person ID 109175;157633;17: — Party ID 54788

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **069936137** | Booked | 04/09/1998 | Released | 04/09/1998 | Days Confined | 1 | |
| | CRIM TRESPASS REMAIN ON LAND | | | | | | (B) |
| **069932115** | Booked | 04/01/1998 | Released | 04/01/1998 | Days Confined | 1 | |
| | FAILURE TO APPEAR | | | | | | (L) |
| **06992435X** | Booked | 03/16/1998 | Released | 03/16/1998 | Days Confined | 1 | |
| | DISREG OFFL TRAFFIC-CON DEVICE | | | | | | (P) |
| | DRIVING REVOKED/SUSPENDED 2ND+ | | | | | | (4) |
| | OPERATE UNINSURED MTR VEHICLE | | | | | | (U) |
| **069922357** | Booked | 03/11/1998 | Released | 03/11/1998 | Days Confined | 1 | |
| | CRIM TRESPASS TO STATE LAND | | | | | | (A) |
| | FAILURE TO APPEAR | | | | | | (L) |
| **069903972** | Booked | 02/02/1998 | Released | 02/02/1998 | Days Confined | 1 | |
| | DRIVING ON REVOKED LICENSE | | | | | | (A) |
| | UNSAFE EQUIPMENT/1ST & 2ND | | | | | | (P) |
| | OPERATE UNINSURED MTR VEHICLE | | | | | | (U) |
| | AGG DISCH FIR/VEH/PC OFF/FRMAN | | | | | | (X) |
| | AGG BATTERY/GREAT BODILY HARM | | | | | | (3) |
| | AGG BATTERY/GREAT BODILY HARM | | | | | | (3) |
| | FELON POSS/USE WEAPON/FIREARM | | | | | | (3) |
| | DEFACE FIREARM ID MARKINGS | | | | | | (2) |
| **069890293** | Booked | 01/05/1998 | Released | 01/05/1998 | Days Confined | 1 | |
| | CRIM TRESPASS TO STATE LAND | | | | | | (A) |
| **069805814** | Booked | 07/13/1997 | Released | 12/10/1997 | Days Confined | 151 | |
| | OBSTRCT JUSTICE/INDUCE WITNESS | | | | | | (4) |
| | MURDER/STRONG PROB KILL/INJURE | | | | | | (M) |
| | AGG BATTERY W/FIREARM/PERSON | | | | | | (X) |
| | AGG DISCHARGE FIREARM/OCC VEH | | | | | | (1) |
| | MOB ACTION/FORCE/2+ PERSONS | | | | | | (4) |
| **069804656** | Booked | 07/11/1997 | Released | 07/11/1997 | Days Confined | 1 | |
| | MOB ACTION/VIOLENCE | | | | | | (4) |
| | AGG BATTERY/GREAT BODILY HARM | | | | | | (3) |
| **069767378** | Booked | 04/29/1997 | Released | 04/29/1997 | Days Confined | 1 | |
| | CRIM TRESPASS TO STATE LAND | | | | | | (A) |
| **06974291X** | Booked | 03/10/1997 | Released | 04/20/1997 | Days Confined | 42 | |
| | AGG BATTERY/GREAT BODILY HARM | | | | | | (3) |
| | FAILURE TO APPEAR | | | | | | (L) |
| | DRIVING ON SUSPENDED LICENSE | | | | | | (A) |

**JOHNSON, STERLING L** SO 00090326 DL IL-J52579278039
*a.k.a.* JOHNSON, ST DOB 02/08/1978 SSN 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
Desc B M 6'3" 273 State IIIL-IL34469130
Person ID 109175;157633;17; Party ID 54788

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **069738238** | Booked | 03/01/1997 | Released | 03/01/1997 | Days Confined | 1 | | |
| | FAILURE TO APPEAR | | | | | | | (L) |
| | DRIVING ON SUSPENDED LICENSE | | | | | | | (A) |
| **069727317** | Booked | 02/07/1997 | Released | 02/07/1997 | Days Confined | 1 | | |
| | FAIL RIGHT-OF-WAY/INTERSECTION | | | | | | | (P) |
| | UNLICENSED | | | | | | | (P) |
| | FAILURE TO APPEAR | | | | | | | (L) |
| **069719012** | Booked | 01/22/1997 | Released | 01/24/1997 | Days Confined | 3 | | |
| | DRIVING ON SUSPENDED LICENSE | | | | | | | (A) |
| | VEHICLE THEFT CONSPIRACY/1ST | | | | | | | (3) |
| **069712352** | Booked | 01/07/1997 | Released | 01/07/1997 | Days Confined | 1 | | |
| | CRIM TRESPASS TO STATE LAND | | | | | | | (A) |
| **069709068** | Booked | 12/31/1996 | Released | 01/01/1997 | Days Confined | 2 | | |
| | FIREARM W/O VALID FOID/ELIG | | | | | | | (A) |
| | FELON POSS/USE WEAPON/FIREARM | | | | | | | (3) |
| **069705976** | Booked | 12/23/1996 | Released | 12/23/1996 | Days Confined | 1 | | |
| | FAILURE TO APPEAR | | | | | | | (L) |
| **069664404** | Booked | 10/01/1996 | Released | 11/05/1996 | Days Confined | 36 | | |
| | MURDER/OTHER FORCIBLE FELONY | | | | | | | (M) |
| | MOB ACTION/VIOLENCE | | | | | | | (4) |
| | AGG BATTERY W/FIREARM/PERSON | | | | | | | (X) |
| | AGG DISCHARGE FIREARM/OCC VEH | | | | | | | (1) |
| | AGG BATTERY W/FIREARM/PERSON | | | | | | | (X) |
| | AGG ASSAULT/DEADLY WEAPON | | | | | | | (A) |
| | AGG ASSAULT/DEADLY WEAPON | | | | | | | (A) |
| | CARRY/POSSESS CONCEALED GUN | | | | | | | (4) |
| | AGG DISCHARGE FIREARM/OCC VEH | | | | | | | (1) |
| | AGG BATTERY/WEAPON/NO FIREARM | | | | | | | (3) |
| | AGG BATTERY/GREAT BODILY HARM | | | | | | | (3) |
| | CARRY/POSSESS FIREARM/1ST | | | | | | | (4) |
| | FAILURE TO APPEAR | | | | | | | (L) |
| **069650527** | Booked | 09/06/1996 | Released | 09/06/1996 | Days Confined | 1 | | |
| | FAILURE TO APPEAR | | | | | | | (L) |
| **069645485** | Booked | 08/27/1996 | Released | 08/27/1996 | Days Confined | 1 | | |
| | FAILURE TO APPEAR | | | | | | | (L) |
| **069628009** | Booked | 07/27/1996 | Released | 07/27/1996 | Days Confined | 1 | | |
| | CRIM TRESPASS TO STATE LAND | | | | | | | (A) |

**JOHNSON, STERLING L** a.k.a. JOHNSON, S

SO 00090326 | DL IL-J52579278039
DOB 02/08/1978 | SSN 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
Desc B M 6'3" 273 | State IIL-IL34469130
Person ID 109175;157633;17 | Party ID 54788

| | | | |
|---|---|---|---|
| **069617201** | Booked 07/07/1996 Released 07/07/1996 | Days Confined 1 | |
| | DISORDERLY CONDUCT | (C) | |
| | AGG ASSAULT/DEADLY WEAPON | (A) | |
| **069588775** | Booked 05/14/1996 Released 05/15/1996 | Days Confined 2 | |
| | HOLD FOR OTHER AGENCY | (L) | |
| | CRIM TRESPASS TO STATE LAND | (A) | |
| | OBSTRCT JUSTICE/INDUCE WITNESS | (4) | |
| **069586772** | Booked 05/10/1996 Released 05/10/1996 | Days Confined 1 | |
| | UNLICENSED | (P) | |
| | OPERATE UNINSURED MTR VEHICLE | (U) | |
| **069581096** | Booked 04/28/1996 Released 04/28/1996 | Days Confined 1 | |
| | UNLAWFUL USE OF WEAPONS | (O) | |
| | FIREARM W/O VALID FOID/ELIG | (A) | |
| **069576181** | Booked 04/18/1996 Released 04/18/1996 | Days Confined 1 | |
| | CRIM TRESPASS TO STATE LAND | (A) | |
| **06957068X** | Booked 04/07/1996 Released 04/07/1996 | Days Confined 1 | |
| | FAILURE TO APPEAR | (L) | |
| **069501548** | Booked 11/04/1995 Released 02/21/1996 | Days Confined 110 | |
| | MURDER/OTHER FORCIBLE FELONY | (M) | |
| | AGG DISCHARGE FIREARM/OCC BLDG | (1) | |
| | CARRY/POSS CONCEALED GUN/2ND | (3) | |
| | AGG BATTERY W/FIREARM/PERSON | (X) | |
| | AGG BATTERY W/FIREARM/PERSON | (X) | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) | |
| | FAILURE TO APPEAR | (L) | |
| **069488126** | Booked 10/07/1995 Released 10/07/1995 | Days Confined 1 | |
| | DISORDERLY CONDUCT | (C) | |
| **069480214** | Booked 09/20/1995 Released 09/20/1995 | Days Confined 1 | |
| | OPERATE UNINSURED MTR VEHICLE | (U) | |
| | DRIVING 15-20 MPH ABOVE LIMIT | (P) | |
| | UNLICENSED | (P) | |
| **069472092** | Booked 09/03/1995 Released 09/03/1995 | Days Confined 1 | |
| | FAILURE TO APPEAR | (L) | |

**JOHNSON, STERLING L** SO 00090326 DL IL-J52579278039

*a.k.a.* JOHNSON, S DOB 02/08/1978 SSN 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

Desc B M 6'3" 273 State IIL-IL34469130

Person ID 109175;157633;17 Party ID 54788

**069417237** Booked 06/09/1995 Released 06/15/1995 Days Confined 7

FAILURE TO APPEAR (L)

FAILURE TO APPEAR (L)

FAILURE TO APPEAR (L)

**069417180** Booked 06/09/1995 Released 06/09/1995 Days Confined 1

FAILURE TO APPEAR (L)

FAILURE TO APPEAR (L)

FAILURE TO APPEAR (L)

**069245401** Booked 05/29/1994 Released 05/29/1994 Days Confined 1

THEFT/STOLEN/<$300 (A)

**JOHNSON, STERLING L,** SO 00167427 DL IL-J52579294326

*a.k.a.* JOHNSON, STEI DOB 11/16/1994 SSN 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

Desc B M 5'10" 265 State IIL-IL19503411

Person ID 90494 Party ID 1342738

**1705668** Booked 08/07/2017 Released 08/07/2017 Days Confined 1

HOLD FOR OTHER AGENCY (L) 08/07/2017

**1609606** Booked 12/29/2016 Released 12/29/2016 Days Confined 1

HOLD FOR OTHER AGENCY (L) 12/28/2016

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

2026 CM 451 9-11-2023 Barred

**Immunocompromised individuals 6 months through 11 years of age:** Additional doses of Moderna COVID-19 Vaccine may be administered. For more information, talk to your child's healthcare provider.

**WHO SHOULD NOT GET MODERNA COVID-19 VACCINE?**

Your child should not get Moderna COVID-19 Vaccine if your child had:

- a severe allergic reaction after a previous dose of any Moderna COVID-19 vaccine.
- a severe allergic reaction to any ingredient in these vaccines.

**WHAT ARE THE INGREDIENTS IN THIS VACCINE?**

Moderna COVID-19 Vaccine contains the following ingredients: messenger ribonucleic acid (mRNA), lipids (SM-102, polyethylene glycol [PEG] 2000 dimyristoyl glycerol [DMG], cholesterol, and 1,2-distearoyl-sn-glycero-3-phosphocholine [DSPC]), tromethamine, tromethamine hydrochloride, acetic acid, sodium acetate trihydrate, and sucrose.

**HAS THIS VACCINE BEEN USED BEFORE?**

Millions of individuals 6 months of age and older have received a Moderna COVID-19 vaccine under EUA. In clinical trials, approximately 5,000 individuals 6 months through 5 years of age, 4,000 individuals 6 years through 11 years of age, and 30,000 individuals 12 years of age and older have received at least 1 dose of Moderna COVID-19 Vaccine (Original monovalent).[4]

**WHAT ARE THE BENEFITS OF MODERNA COVID-19 VACCINE?**

FDA has authorized Moderna COVID-19 Vaccine to provide protection against COVID-19.

The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF MODERNA COVID-19 VACCINE?**

There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose. For this reason, the vaccination provider may ask your child to stay at the place where your child received the vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:

- Difficulty breathing
- Swelling of the face and throat
- A fast heartbeat
- A bad rash all over the body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received mRNA COVID-19 vaccines, including Moderna COVID-19 Vaccine. Myocarditis and pericarditis following administration of mRNA COVID-19 vaccines have occurred most commonly in males 12 years through 24 years of age. In most of these people, symptoms began within a week following vaccination. Based on available

---

[4] Moderna COVID-19 Vaccine (Original monovalent) refers to Moderna COVID-19 Vaccine that encodes the spike protein of only the Original SARS-CoV-2. This vaccine is no longer authorized for use in the United States.

data, estimated rates of myocarditis and/or pericarditis from 1 through 7 days after getting a dose of the 2023-2024 Formula of mRNA COVID-19 vaccines were approximately 8 cases per million doses in people 6 months through 64 years of age and approximately 27 cases per million doses in males 12 years through 24 years of age.

In most people who have had myocarditis or pericarditis after receiving an mRNA COVID-19 vaccine, symptoms have gone away a few days after receiving treatment with medicines used to reduce inflammation.

In a study, follow-up information was collected on people who developed myocarditis after receiving the original formula of a COVID-19 vaccine; most people had received an mRNA COVID-19 vaccine. Some people in the study reported having heart symptoms approximately 3 months after developing myocarditis. Some people in the study had heart MRIs (scans that show detailed images of the heart muscle) initially after developing myocarditis and again approximately 5 months later. The initial and follow-up heart MRIs commonly showed signs of injury to the heart muscle, with improvement over time in most people. It is not known if these heart MRI findings might predict long-term heart effects of myocarditis. Studies are underway to find out if there are long-term heart effects in people who have had myocarditis after receiving an mRNA COVID-19 vaccine.

You should seek medical attention right away if your child has any of the following symptoms after receiving Moderna COVID-19 Vaccine, particularly during the 2 weeks after your child receives a dose of the vaccine:

- Chest pain
- Shortness of breath or difficulty breathing
- Feelings of having a fast-beating, fluttering, or pounding heart

These could be symptoms of myocarditis or pericarditis.

Additional symptoms, particularly in children, may include:

- Fainting
- Unusual and persistent irritability
- Unusual and persistent poor feeding
- Unusual and persistent fatigue or lack of energy
- Persistent vomiting
- Persistent pain in the abdomen
- Unusual and persistent cool, pale skin

Side effects that have been reported in clinical trials with Moderna COVID-19 vaccines include:

- Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection or in the groin, swelling (hardness), and redness
- General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, fever, rash, irritability/crying, sleepiness, and loss of appetite

## Index



| | |
|---|---|
| Ack Orders | Active Orders |
| Signed and Held | Curent Meds |
| I/O & Lab Results | Req Doc |
| Tasks | Problem List |
| Allergies | History |
| Tx Team | Blood Admin |
| Documents | SmartLink Reference |
| SBAR | Immunizations |
| Procedure Notes | CDC PPD Interpretation |
| Patient Belongings | Covid Vax Form (1st Dose) |



FILED
ROBERT M. SPEARS
MAY 11 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## Medications

### Scheduled

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| divalproex (DEPAKOTE) DR tablet 500 mg | 500 mg, PO, Q12H SCH | Ordered |
| risperiDONE (RisperDAL) tablet 1 mg | 1 mg, PO, BID | Ordered |
| thiamine (VITAMIN B-1) injection 100 mg | 100 mg, IM, Daily | Ordered |

### PRN

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen (TYLENOL) tablet 1,000 mg | 1,000 mg, PO, Q6H PRN | Ordered |
| albuterol inhaler 2 puff | 2 puff, IN, Q4H PRN | Ordered |
| aluminum-magnesium hydroxide-simethicone (MAALOX PLUS) 200-200-20 MG/5ML suspension 30 mL | 30 mL, PO, Q6H PRN | Ordered |
| haloperidol (HALDOL) tablet 5 mg | 5 mg, PO, Q6H PRN | Ordered |
| LORazepam (ATIVAN) tablet 2 mg | 2 mg, PO, Q6H PRN | Ordered |
| nicotine (COMMIT) lozenge 4 mg | 4 mg, MT, Q4H PRN | Ordered |
| sennosides (SENOKOT) tablet 17.2 mg | 17.2 mg, PO, Nightly PRN | Ordered |
| traZODone (DESYREL) tablet 50 mg | 50 mg, PO, Nightly PRN | Ordered |

FILED
OCT 2 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS