E-FILED
Monday, 26 October, 2026 03:47:30 PM
Clerk, U.S. District Court, ILCD

Sterling L Johnson

Owner of Newfoundland / The Cut off point of the land of Mexico THAT CONNECTS TO CANADA THAT SEPARATE CANADA FROM MY NEWFOUNDLAND THAT CONNECT TO MEXICO AND COME TOGETHER WITH THE NEWFOUNDLAND ON THE ENDING POINT OF CANADA THAT COME TOGETHER ALL BEING NEWFOUNDLAND THAT NOW OWNER BEING STERLING L JOHNSON.

ON the outside of Mexico Land that separate The United State of America ; American from Mexico THE Wall Newfoundland point that connects with Canada where the Newfoundland Connect with Canada ending point of Canada AND The Newfoundland began entail water is discovered And that Newfoundland become Own by Sterling L Johnson my Newfoundland become Visual to the eye owner being Sterling l JOHNSON.

Record Office; Peoria Illinois Robert Spears

4/17/2026

Time 10;27

FILED
ROBERT M. SPEARS
APR 17 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

RECEIVED
APR 17 2026
STATE'S ATTORNEY'S OFFICE
PEORIA IL

FILED
OCT 26 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS




FILED

OCT 2 6 2026

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS




**FILED**

OCT 26 2026

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS